# EXHIBIT A

# (INSURANCE COVERAGE CHART[10])

---

[10] To the extent that the statements made herein in any way conflict or are expanded upon in the insurance policies, the language in the insurance policies control, and the DRVC reserves any and all rights in that regard. The description below is intended to be illustrative in nature and should not be relied on as an exhaustive description of the insurance policies or their terms.



Roman Catholic Diocese of Rockville Centre
General Liability Insurance Program from 1956 to 1986