**EXHIBIT B**

**(COMPENDIUM OF ROYAL POLICIES)**

**Roman Catholic Diocese of Rockville Centre**

**<u>Royal Policy Cover Sheet</u>**

|  |  |
|---|---|
| Insurer: | Royal Indemnity |
| Policy number: | RLG 001060 |
| Inception date: | 10/1/1960 |
| Term at issuance: | 1 year |
| Page count: | 47 |
| Contents: | Declaration- 1 pg |
|  | Endorsement- 46 pgs |

| RLG | | PROD | | | | | | | | BORO | | ROYAL INDEMNITY COMPANY | | | POLICY NUMBER |
| PRODUCER OR | | | | | | | | | | G/A | | | | | |
| R.A. CORROON & CO. INC. | | 0117-00 | | | | | | | | | | | | | RLG |

| Transaction Id. Typ. Sup. | Dept | Line | Form | Class | Limits B.I. P.D. | Exposure | Tax State | Terr. | Aud. Per | Term Mo. Yr. | EFF. Mo. Yr. | EXPIR. Mo. Yr. | B.I. Premium | B.I. Comm. | P.D. Premium | P.D. Comm. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 04 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

001060

| Renews or Replaces Policy Number | RLG 001059 | Replaced By Pol. No. | | Total | | Total | |

## COMPREHENSIVE GENERAL LIABILITY POLICY

| ITEM 1 | NAME AND ADDRESS OF INSURED | . ROMAN CATHOLIC DIOCESE OF ROCKVILLE .CENTRE, N.Y., ETAL. . 253 SUNRISE HIGHWAY . ROCKVILLE CENTRE, N.Y. | R. A. CORROON & CO. INC. 92 WILLIAM ST. NEW YORK 38, N.Y. |

☐ Individual   ☐ Partnership   ☐ Corporation   ☒ RELIGIOUS ORDER
(Other)

RETURN INDEX CARD WITH COMPANY COPY

ITEM 2   POLICY From **OCT. 1, 1960** to **OCT. 1, 1961**
PERIOD   12:01 A.M., standard time at the address of the named insured as stated herein.

Business of the Named Insured is

Location of all premises owned, rented or controlled by Named Insured (Enter "same" if same location as above address) | Part occupied by Named Insured | Interest of Named Insured in such premises (Enter "Owner," "General Lessee" or "Tenant")

**AS PER CERTIFICATES ATTACHED**

3   The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be stated herein, subject to all of the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | | Advance Premiums |
|---|---|---|---|---|
| | Each person | Each Accident | Aggregate products | |
| A—Bodily Injury Liability | $ AS PER CERTIFICATES ATTACHED $ | | | $ |
| | Each Accident | Aggregate operations | Aggregate protective | |
| B—Property Damage Liability | AS PER CERTIFICATES ATTACHED $ | | | $ |
| | Aggregate products | Aggregate contractual | | ........ |
| | $ | $ | | |

| 4 | Description of Hazards The rating classifications under the Descriptions of Hazards do not modify the exclusions or other terms of this policy. | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Coverage A | Coverage B | Coverage A | Coverage B |
| (a) Premises-Operations | | | (a) Area (sq. ft.) (b) Frontage (c) Remuneration | (a) Per 100 sq. ft. of Area (b) Per Linear Ft. (c) Per $100 of Remuneration | | $ | $ |
| | AS PER CERTIFICATES ATTACHED | | | | | | |
| (b) Elevators | AS PER CERTIFICATES ATTACHED | | Number Insured | Per Elevator | | | |
| (c) Independent Contractors | AS PER CERTIFICATES ATTACHED | | Cost | Per $100 of Cost | | | |
| (d) Products (Including Completed Operations) | IF ANY, COVERED HEREUNDER | | Sales | Per $1000 of Sales | | | |
| (e) Contracts as Defined in Condition 3 | AS PER CONTRACTUAL ENDORSEMENT ATTACHED | | (a) Number Insured (b) Cost | (a) Per Contract (b) Per $100 of Cost | | | |

Supplementary charge
Endorsements attached to policy at issuance

**NUCLEAR CL 60352**

Total Advance Premium | $ 114,650

If Policy Period is more than one year premium is payable:
On effective date of Policy $ ____   1st Anniversary $ ____   2nd Anniversary $ ____

5   The foregoing discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein:

6   During the past three years no insurer has canceled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:
Exceptions, if any, to 5 or 6.

| CHECKED FOR | | | UNDERWRITING DEPT. | | | Inspection | AUDIT | |
|---|---|---|---|---|---|---|---|---|
| Typing | Coding | Filing | CURRENT POLICY | RENEWAL | | | | |
| | | | Approval | Renew | Decline | | | COMPANY COPY ROYAL INDEMNITY COMPANY |

R20139-K 3500 12-59

## RETROSPECTIVE PREMIUM ADJUSTMENT ENDORSEMENT

**Royal Insurance**

| | SIGNED BY |
|---|---|
| ...ement issued for attachment to and forms a part of the ...w numbered policy, effective on the date indicated at noon Standard Time as stated in the policy. | |
| | AUTHORIZED REPRESENTATIVE |

| COMPANY | ADD'L. PREMIUM | RETURN PREMIUM | END. EFF. DATE (MO., DAY, YR.) | POLICY NUMBER |
|---|---|---|---|---|
| Royal Indemnity Company | $ | $ 2,309.00 | JUL 1 0 1987 | RCS 001160 |

**NAME OF INSURED**
R.C. Diocese of Rockville Centre

**NAME OF PRODUCER**

| PRODUCER CODE |
|---|
| 0900076 |

The __Twenty Sixth__ _____ adjustment, calculated in accordance with the provisions of the Retrospective Premium Endorsement—Plan __D__, attached to the policy results in

- [ ] the additional premium stated above, due the company
- [X] the return premium stated above, due the named insured
- [ ] no change in premium

for the policy period from __10/1/60__ to __10/1/61__

This adjustment is
- [ ] final and will not be } subject to further adjustment.
- [X] not final and will be }

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

**ps**

| | ENTRY | | N/R | COMPANY, POLICY SYMBOL & NUMBER | PRODUCER CODE | | TRANS. | | | EFFECTIVE DATE | | | EXPIRATION DATE | | | END. EFF. DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TYP | SPL | | | | | ID | TYP | SUP | MO. | DAY | YEAR | MO. | DAY | YEAR | MO. | DAY | YEAR |
| | 2 | 3 | 4 | 5 — 13 | 14 — 20 | | 21 | 22 | 23 | 85 | 86 - 87 | 88 - 89 | 90 | 91 - 92 | 93 - 94 | 95 | 96 - 97 | 98 - 99 |
| P | 0 | | C | RCS001160 | 0900076 | | 1 | 4 | 0 | 10 | 01 | 60 | 10 | 0 1 | 61 | 7 | 10 | 87 |

| DEPT | LINE | FORM | CLASS | INDUS LIMITS | | STATE EXC. | TAX STATE | SIZE | POL TYP | ACCEP * | AUD PER | TERM | PREMIUM EXCEPT P.O. | COMM. | P.D. PREMIUM | COMM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BI | PD | | | | | | | | | | | |
| 24 | 25-26 | 27 - 28 | 29 — 32 | 33 | 34 | 38 | 42 - 43 | 44 - 45 | 46 | 47 | 48 | 55 — 60 | 61 - 63 | 64 — 69 | 70 - 72 |
| | | | | | | | | | | | | 1 | | 000 | | 000 |
| S | 28 | 25 | 0045 | 3 | 3 | | 21 | 6 | 2 | 1 | 4 | | 2309.00 | RP | | |

CL21788G (ED 10/82) * CODE 5TH DIGIT OF CLASS FOR GENERAL LIABILITY

1856

**RETROSPECTIVE PREMIUM ADJUSTMENT ENDORSEMENT**   **Royal Insurance**

| | SIGNED BY |
|---|---|
| This endorsement issued for attachment to and forms a part of the below numbered policy, effective on the date indicated at noon [Stan]dard Time as stated in the policy. | |
| | **AUTHORIZED REPRESENTATIVE** |

| COMPANY | ADD'L. PREMIUM | RETURN PREMIUM | END. EFF. DATE (MO., DAY, YR.) | POLICY NUMBER |
|---|---|---|---|---|
| Royal Indemnity Co. | $ 2,309.00 | $ | JUL 1 0 1987 | RL6 001060 |

**NAME OF INSURED**

R.C. Diocese of Rockville Centre

| NAME OF PRODUCER | PRODUCER CODE |
|---|---|
| | 0900076 |

The _____ **Twenty Sixth** _____ adjustment, calculated in accordance with the provisions of the Retrospective

Premium Endorsement—Plan _____ **D** _____, attached to the policy results in

- [X] the additional premium stated above, due the company
- [ ] the return premium stated above, due the named insured
- [ ] no change in premium   **10/1/60**       **10/1/61**

for the policy period from _____ to _____

This adjustment is

- [ ] final and will not be }
- [X] not final and will be }  subject to further adjustment.

**ps**

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

CL21788G (ED 10/82)

| ENTRY | | | N/R | COMPANY, POLICY SYMBOL & NUMBER | PRODUCER CODE | TRANS. | | | EFFECTIVE DATE | | | EXPIRATION DATE | | | END. EFF. DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KD | TYP | SPL | | | | ID | TYP | SUP | MO. | DAY | YEAR | MO. | DAY | YEAR | MO. | DAY | YEAR |
| 1 | 2 | 3 | 4 | 8 - 13 | 16 - 20 | 21 | 22 | 23 | 85 86-87 | 88-89 | | 90 91-92 | 93-94 | | 95 96-97 | 98-99 | |
| 0 | | | C | RLE 001060 | 0900076 | 1 | 4 | 0 | 10 | 01 | 60 | 10 | 01 | 61 | 7 | 10 | 87 |

| DEPT | LINE | FORM | CLASS | INDUS LIMITS BI | INDUS LIMITS PD | STATE EXC. | TAX STATE | SIZE | POL TYP | ACCEP * | AUD PER | TERM | PREMIUM EXCEPT P.O. | COMM. | P.O. PREMIUM | COMM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 25-26 | 27-28 | 29 - 32 | 33 | 34 | 36 | 42-43 | 44 | 45 | 46 | 47 | 48 | 55 - 60 | 61-63 64 | - 69 | 70-72 |
| | | | | | | | | | | | | 1 | | 000 | | 000 |
| S | 04 | 02 | 9870 | 9 | 9 | | 31 | 9 | 9 | 1 | 4 | | 2,309.00 | AP | | |

CL21788G (ED 10/82) *CODE 5TH DIGIT OF CLASS FOR GENERAL LIABILITY

Page 1
(first of four pages)

# RETROSPECTIVE PREMIUM ENDORSEMENT — ONE YEAR — PLAN D

It is agreed that this endorsement applies to the policies designated in Table I below, subject to the following provisions:

1. **FINAL PREMIUM.** The final premium for such policies is the sum of:

   (a) the premium for the insurance not subject to Plan D, as specified in Table I, computed in accordance with the provisions of such policies, other than this endorsement, and

   (b) the premium for the insurance subject to Plan D, as specified in Table I, hereinafter referred to as the retrospective premium.

2. **RETROSPECTIVE PREMIUM.** The retrospective premium shall be the sum of:

   (a) the basic premiums for each state,

   (b) the excess loss premiums for each state, and

   (c) the converted losses for each state,

   each multiplied by the applicable state tax multiplier. The retrospective premium shall be subject to the minimum retrospective premium and to the maximum retrospective premium.

3. **DEFINITION OF TERMS USED IN THE COMPUTATION OF THE RETROSPECTIVE PREMIUM.**

   (a) **"Standard premium"** means the premium for the insurance subject to Plan D computed in accordance with the provisions of the policies, other than this endorsement and exclusive of the application of any premium discount endorsement.

   (b) **"Basic premiums"** means the amounts obtained by applying to each portion of the standard premium the basic premium percentage stated in Table II as applicable thereto.

   (c) **"Excess loss premiums"** means the sum of:

      (1) the amounts obtained by applying to that portion of the standard premium under workmen's compensation and employers' liability policies for each state for which a factor is entered in the Excess Loss Premium Factors (Workmen's Compensation) column of Table I, the applicable factor times the applicable loss conversion factor,

      (2) the amounts obtained by applying to that portion of the standard premium for liability insurance under general liability and automobile liability policies, the factor stated in the Excess Loss Premium Factors (Liability) column of Table I, times the applicable loss conversion factor, and

      (3) the amounts obtained by applying to that portion of the standard premium for automobile physical damage insurance, the factor stated in the Excess Loss Premium Factors (Physical Damage) column of Table I, times the applicable loss conversion factor.

   (d) **"Incurred losses"** means the sum of:

      (1) all losses, including medical, actually paid,

      (2) reserves for unpaid losses as estimated by the company,

      (3) premiums on bonds paid for by the company in accordance with the provisions of the policies,

      (4) interest accruing after entry of a judgment against the insured,

      (5) allocated loss adjustment expenses, **and**

      (6) expenses incurred in seeking recovery against a third party

      under the insurance subject to Plan D, provided (i) as respects the insurance afforded under any workmen's compensation and employers' liability policy, items (3) and (5) above shall not apply and item (6) shall apply only if recovery is obtained against the third party, and (ii) items (3), (4) and (5) above shall not apply as respects automobile physical damage insurance.

   (e) **"Compensation loss limitation,"** if stated in Table I, means the limit of incurred losses to be included in computing the retrospective premium under the workmen's compensation and employers' liability policies designated in Table I as subject to Plan D, applicable to any state for which a factor is shown in the Excess Loss Premium Factors (Workmen's Compensation) column of Table I, arising out of bodily injury by accident or disease, including death at any time resulting therefrom, sustained by one or more employees in a single accident. For the purpose of this definition, incurred losses arising out of bodily injury by disease, including death at any time resulting therefrom, sustained by any one employee shall be deemed to arise out of a single accident.

      If, during the policy period,

      (i) the insured engages in operations in any state for which this policy affords insurance but for which no factor is shown in the Excess Loss Premium Factors (Workmen's Compensation) column of Table I, and

      (ii) on the date this endorsement becomes applicable with respect to any such additional state, there is a loss limitation with respect to all states specifically insured under the policy and subject to Plan D, and

      (iii) the insured is eligible to elect such loss limitation in such additional state,

      such loss limitation shall also apply to incurred losses pertaining to such additional state. The excess loss premium factor applicable to such additional state, determined in accordance with the manuals in use by the company, shall be deemed to be entered in Table I.

   (f) **"Combined liability loss limitation,"** if stated in Table I, means the overall limit of incurred losses to be included in computing the retrospective premium for general liability and automobile liability insurance afforded under any policy designated in Table I as subject to Plan D, arising out of a single accident.

   (g) **"Automobile physical damage loss limitation,"** if stated in Table I, means the limit of incurred losses to be included in computing the retrospective premium for the automobile physical damage insurance afforded under any policy designated in Table I as subject to Plan D, arising out of any one occurrence.

   (h) **"Loss conversion factor"** means the factor designated in Table I.

   (i) **"Converted losses"** means the incurred losses multiplied by the applicable loss conversion factor.

   (j) **"State tax multiplier"** means the applicable factor stated in the State Tax Multiplier Table in Table I.

   (k) **"Minimum retrospective premium"** is the amount obtained by the application of the minimum premium percentage stated in Table II to the standard premium.

   (l) **"Maximum retrospective premium"** is the amount obtained by the application of the maximum premium percentage stated in Table II to the standard premium.

2144

Page 2
(second of four pages)

## RETROSPECTIVE PREMIUM ENDORSEMENT — ONE YEAR — PLAN D
(Continued)

**4. PAYMENTS AND COMPUTATIONS OF PREMIUM FOR INSURANCE SUBJECT TO PLAN D.**

(a) **Standard Premium.** The named insured shall pay the standard premium to the company in accordance with the provisions of the policies, other than this endorsement, specifying the manner of premium payment.

(b) **Retrospective Premium.** A computation of the retrospective premium, based upon incurred losses valued as of a date six months after termination of the policies, shall be made by the company as soon as practicable after such valuation date. The premium so computed shall be the final retrospective premium if (1) all claims have been closed or it is apparent that the retrospective premium will exceed the maximum retrospective premium, and (2) within ninety days from approval of such computation by the organization having jurisdiction, the company, with the agreement of the named insured, requests of such organization that the computation be final.

If such computation is not final, a further computation of the retrospective premium, based upon incurred losses valued as of a date eighteen months after termination of the policies, shall be made by the company as soon as practicable after such valuation date. Such further computation shall be final unless, within ninety days from approval of such computation by the organization having jurisdiction, the company or the named insured requests of such organization that a further computation be authorized. Any subsequent computations, to be made only at intervals of twelve months, shall each be subject to a similar procedure.

If the named insured disposes of his entire interest in the operations covered by the policies, or makes an assignment for the benefit of creditors, or is in a legal proceeding reorganized or declared bankrupt or insolvent, and if the retrospective premium as of the date of such change of status is greater than the standard premium for insurance to such date, the company may compute the retrospective premium as of such date, as soon as practicable thereafter.

After each computation, if the premium thus computed exceeds the premium paid for insurance subject to Plan D, the named insured shall pay the difference to the company; if less, the company shall return the difference to the named insured.

**5. CANCELATION.**

In the event of cancelation of the policies designated in Table I, the premium for insurance subject to Plan D shall be determined in accordance with the other provisions of this endorsement, provided:

(a) **Cancelation by the named insured.** In the event of cancelation by the named insured, (1) in computing the basic premiums and excess loss premiums for each state, the standard premium shall be computed at short rates in accordance with the customary short rate table and procedure; the minimum retrospective premium shall be the standard premium so computed; (2) in computing the maximum retrospective premium, the standard premium shall be computed pro rata for the period the policies were in force and then extended pro rata to the normal expiration date of the policies.

(b) **Cancelation by the company.** In the event of cancelation by the company because of non-payment of premium by the named insured, in computing the maximum retrospective premium, the standard premium shall be computed pro rata for the period the policies were in force and then extended pro rata to the normal expiration date of the policies.

(c) **Cancelation of part of the named insured's operations.** In the event of cancelation of insurance on a part of the named insured's operations the retrospective premium shall be computed in accordance with the rules of Retrospective Rating Plan D which were in effect upon the effective date of the policies.

### TABLE I
Premium Subject to Plan D, Limitations, Loss Conversion Factor, State Tax Multipliers
Excess Loss Premium Factors

1. The premium for the following policies is to be computed in accordance with the provisions of Retrospective Rating Plan D in all states where such plan is or becomes applicable on an interstate basis, subject to the limitations specified herein:

List of Policies

**RCS 001160**

**RLS 001050**

2. Plan D does not apply to the premium for policies **RCS 001160**      **RLS 001050**

in the states of **NO EXCEPTIONS**

3. The premium for the general liability and automobile liability insurance afforded under policies designated in paragraph 1 above for insurance in excess of the limits of liability stated below shall not be subject to Plan D:

| | | |
|---|---|---|
| Automobile Liability policies | $ **NOT IN PLAN** | each person |
| (Bodily Injury Liability) | $ **NOT IN PLAN** | each accident |
| General Liability policies | $ **25,000** | each person |
| (Bodily Injury Liability) | $ **25,000** | each accident |
| | $ **25,000** | aggregate products |

CL21131G    **EACH CLAIM**
**AGGREGATE PER LOCATION**

2145

## RETROSPECTIVE PREMIUM ENDORSEMENT — ONE YEAR — PLAN D
### (Continued)

**TABLE I — (Continued)**

| | | |
|---|---|---|
| Automobile Liability policies | $ **NOT IN PLAN** | each accident |
| (Property Damage Liability) | | |
| General Liability policies | $ **25,000** | each accident |
| (Property Damage Liability) | $ **100,000** | aggregate operations |
| | $ **100,000** | aggregate protective |
| | $ **100,000** | aggregate products |
| | $ **100,000** | aggregate contractual |

Contractual Liability Endorsement (if made a part of any general liability policy designated in paragraph 1 above)

| | | |
|---|---|---|
| Bodily Injury Liability | $ **25,000** | each person |
| | $ **25,000** | each accident |
| Property Damage Liability | $ **25,000** | each accident |
| | $ **100,000** | aggregate |

The incurred losses to be included in computing the premium for the insurance subject to Plan D shall not include that portion of the losses actually paid and the reserves for unpaid losses which is in excess of the limits of liability stated above, but that part of the incurred losses consisting of premiums on bonds, interest accruing after enry of judgment, allocated loss adjustment expenses and expenses incurred in seeking recovery against a third party shall not be subject to such limits.

4. Combined Liability Loss Limitation is $ **NONE**
5. Compensation Loss Limitation is $ **25,000 PER ACCIDENT**
6. Automobile Physical Damage Loss Limitation is $ **NOT IN PLAN**
7. Loss Conversion Factor is **1.14**
8.

| | STATE TAX MULTIPLIERS | | | | EXCESS LOSS PREMIUM FACTORS | | |
|---|---|---|---|---|---|---|---|
| Name Of State | Workmen's Compensation And Employers' Liability | Automobile Liability | General Liability | Automobile Physical Damage | Employers' Liability And Workmen's Compensation | Automobile and General Liability | Automobile Physical Damage |
| **NEW YORK** | **1.026** | **NOT IN PLAN** | **1031** | **NOT IN PLAN** | **TO BE INDICATED BY SUBSEQUENT ENDORSEMENT** | **NONE** | **NOT IN PLAN** |

CL21131G

Page 4
(fourth of four pages)

## RETROSPECTIVE PREMIUM ENDORSEMENT — ONE YEAR — PLAN D
### (Continued)

### TABLE II — PERCENTAGES TO DETERMINE BASIC, MINIMUM, AND MAXIMUM PREMIUMS.

The basic premium, the minimum premium, and the maximum premium for insurance subject to Plan D are percentages of the standard premium for such insurance. Such percentages are computed initially upon an estimate of the standard premium and finally upon the earned standard premium for such insurance. If the standard premium lies between any two of the figures on the "Standard Premium" line, the percentages applicable shall be obtained by linear interpolation to the nearest one-tenth of 1%.

### PERCENTAGES OF STANDARD PREMIUM

|  | 50% | 100% | 150% |
|---|---|---|---|
| Standard Premium $ | TO BE INDICATED BY SUBSEQUENT ENDORSEMENT | | or more |
| Minimum Premium | 40.0 | 40.0 | 40.0 |
| Maximum Premium | 125.0 | 125.0 | 125.0 |
| Basic Premium | TO BE INDICATED BY SUBSEQUENT ENDORSEMENT | | |
| COMPENSATION GENERAL LIAB. | | | |

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the insured as stated in the policy.

| Policy Number | Name of Company | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|
| RCS 001160 | ROYAL INDEMNITY COMPANY | OCT. 1, 1969 | |
| Insured | ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y. | | |
| Producer | R. A. CORROON & CO., INC. | Producer Code Number | 0117-600 |

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned :

2147

PRESIDENT

-------------------------------
Authorized Representative

CL21131G-3M-3-60
STANDARD

**HOSPITAL, EMPLOYEES' PROFESSIONAL LIABILITY**  **CERT. H-43**  ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLG 601060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 | |
| Named Insured | | Additional Premium | Return Premium |
| MERCY HOSPITAL | | $ | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by:

_____
Authorized Representative         FOR OFFICE USE ONLY

279

PRESIDENT

| DEP | LINE | FORM | CLASS | LIMITS B.I. | P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. | YR. | EXPIR. MO. | YR. | PREMIUM EXCEPT P.D. | | P.D. PREMIUM | | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

CL 200 29 K - 250M 3-60

11375

## CERT. NO. N-43

INCLUDED IN ORIGINAL ENTRY

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| No. **000060** | **ROYAL INDEMNITY COMPANY** | Endorsement Effective Date **OCT. 1, 1960** |
|---|---|---|

Named Insured

**MERCY HOSPITAL**

Producer | Producer Code Number

Countersigned by:

-----------------------------------------
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:  $ **500,000**   each claim
$ **1,000,000**   aggregate

SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| The minimum premium for this insurance is $ **IMMATERIAL** per location per annum. | | TOTAL ADVANCE PREMIUM | $ **9,350.** |
|---|---|---|---|

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. P.D. | EXPOSURE | TERM | EFFECTIVE MO. DAY YR. | EXPIR. MO. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 50 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

APPROVED BY  CHECKED BY

ENTRY STAMP

**280**

11376

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement (Month, Day, Year) Effective Date |
|---|---|---|
| Named Insured | | |
| Producer | | Producer Code Number |

Countersigned by:

_____
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:  $_____ each claim
$_____ aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|
| | | (a) Beds (b) Out-Patient visits | (a) Each (b) Per 100 | $ |
| | | | | |
| | | | | |
| | | | | |
| The minimum premium for this insurance is $_____ per location per annum. | | TOTAL ADVANCE PREMIUM | | $ |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:
   (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | ENTRY STAMP |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

11377

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

PRESIDENT

11378

## HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY    CERT. 3-12

ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT.1,1960 | |

Named Insured
**ST. CHARLES HOSPITAL**

| Additional Premium | Return Premium |
|---|---|
| $ | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by

281

PRESIDENT

Authorized Representative    FOR OFFICE USE ONLY

| DEP | LINE | FORM | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. | EFF. YR. | EXPIR. MO. | EXPIR. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

CL 200 29K-250M 3-60

11382

**HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY** CERT. NO. S-13

ENDORSEMENT

Policy No. **RLG 001060**   Name **ROYAL INDEMNITY COMPANY**   Endorsement Date (Month Day Yr.) **OCT. 17 1960**   Producer Code No.

**GOOD SAMARITAN HOSPITAL**   Additional Premium $   Return Premium $

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by:

283

PRESIDENT

| TRANS. | | | | | | | | | | | | | | | | | | |
|--------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

Authorized Representative          FOR OFFICE USE ONLY

| DEP | LINE | FORM | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. | EFF. YR. | EXPIR. MO. | EXPIR. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|-----|------|------|-------|-------------|-------------|----------|-----------|------|---------|-----|----------|----------|------------|------------|---------------------|--------------|-------------------|-------------------|
|     |      |      |       |             |             |          |           |      |         |     |          |          |            |            |                     |              |                   |                   |
|     |      |      |       |             |             |          |           |      |         |     |          |          |            |            |                     |              |                   |                   |
|     |      |      |       |             |             |          |           |      |         |     |          |          |            |            |                     |              |                   |                   |
|     |      |      |       |             |             |          |           |      |         |     |          |          |            |            |                     |              |                   |                   |

CL 200 29K-250M 3-60

11381

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT



**INCLUDED IN ORIGINAL ENTRY.**

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

**CERT. NO. S-12**

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | | Endorsement (Month, Day, Year) |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | | Effective Date OCT. 1, 1960 |

Named Insured
**ST. CHARLES HOSPITAL**

| Producer | Producer Code Number |
|---|---|
| | |

Countersigned by:

---------------------------------------------------
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability: $ **500,000** each claim
$ **500,000** aggregate

SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM |
|---|---|---|---|---|
| 1) PORT JEFFERSON, LONG ISLAND, N.Y. HOSPITAL | | | | $ |

| The minimum premium for this insurance is $ **IMMATERIAL** per location per annum. | TOTAL ADVANCE PREMIUM | $ 2,900.00 |
|---|---|---|

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS. | LIMITS B.I. | P.D. | EXPOSURE | TERM | EFFECTIVE MO. | DAY | YR. | EXP. MO. | YR. | BY PREMIUM | P. D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | ENTRY STAMP | |
| | | | | | | | | | | | | | | | | 282 | |

11380

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|
| | | | |

| Named Insured | |
|---|---|
| | |

| Producer | Producer Code Number |
|---|---|
| | |

Countersigned by :

_____
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability :   $ _____   each claim
$ _____   aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| The minimum premium for this insurance is $ _____ per location per annum. | TOTAL ADVANCE PREMIUM | $ |
|---|---|---|

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | ENTRY STAMP | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

20-01226-scc   Doc 6-2   Filed 10/01/20   Entered 10/01/20 08:44:55   Exhibit B
Part 1 - Royal Program Policy Compendium 1960-1970   Pg 19 of 75

11585



INCLUDED IN ORIGINAL ENTRY.

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY, CERT. NO. S-13

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | | | OCT. 1, 1960 |

Named Insured
**GOOD SAMARITAN HOSPITAL**

| Producer | Producer Code Number |
|---|---|
| | |

Countersigned by :

Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:   $  500,000 each claim
$  500,000 aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The minimum premium for this insurance is $ **IMMATERIAL** per location per annum.

TOTAL ADVANCE PREMIUM  $ 4,810.

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | P.D. | EXPOSURE | TERM | EFFECTIVE MO. DAY YR. | EXPIR. MO. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

ENTRY STAMP

284

# 11384

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

11385



Supreme Court of the State of New York

No. /5A

JAN 29 19 1

Herbert H. _____
Official Court _____

11386

## HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY

CERT. 8-12
ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 | |
| Named Insured | | Additional Premium | Return Premium |
| ST. CHARLES HOSPITAL | | $ | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by:

281

PRESIDENT

| TRANS. | | | | | | | | | | | | | FOR OFFICE USE ONLY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | TYPE | SUF | | Authorized Representative | | | | | | | | | | | | | | | | | |
| DEP | LINE | FORM | CLASS | LIMITS B.I. P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TR | EFF. MO. YR. | EXPIR. MO. YR. | PREMIUM EXCEPT P.D. | | P.D. PREMIUM | | RESERVE B.I. PREM | RESERVE P.D. PREM |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

CL 200 29 K - 250M 3-60

11389

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

   (1) to liability arising out of the performance of a criminal act;

   (2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

   (3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

   (4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

   (5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

H

11390



HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY    CERT. H-43    ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 | |
| Named Insured | | Additional Premium $ | Return Premium $ |
| MERCY HOSPITAL | | | |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by :

Authorized Representative

FOR OFFICE USE ONLY                    279    PRESIDENT

| DEP | LINE | FORM | CLASS | LIMITS B.I. P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. YR. | EXPIR. MO. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

CL 200 29K-250M 3-60

11387

INCLUDED IN ORIGINAL ENTRY.    Comprehensive General—Comprehensive General-Automobile Owners', Landlords' and Tenants' Liability

HOSPITAL PROFESSIONAL LIABILITY    CERT. NO. S-12

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement Effective Date (Month, Day, Year) |
|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 |

Named Insured
ST. CHARLES HOSPITAL

| Producer | Producer Code Number |
|---|---|
| | |

Countersigned by:

_____ Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:    $ 500,000    each claim
                        $ 500,000    aggregate

SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| 1) PORT JEFFERSON, LONG ISLAND, N.Y. HOSPITAL | | | | |

The minimum premium for this insurance is
$ IMMATERIAL    per location per annum.    TOTAL ADVANCE PREMIUM    $ 2,900.00

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:
   (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.
   The other provisions of this endorsement are printed on the back of this sheet.

FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | DAY | YR. | EXPIR. MO. | YR. | B.I. PREMIUM | | P.D. PREMIUM | APPROVED BY CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

ENTRY STAMP
282

CL21466C-20M-4-55
G-the. P.C. 144a

11388

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|---|
| Named Insured | | | | |
| Producer | | | Producer Code Number | |

Countersigned by:

_____
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:   $ _____ each claim
$ _____ aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| The minimum premium for this insurance is $ _____ per location per annum. | | | TOTAL ADVANCE PREMIUM | $ |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | DAY | YR. | EXPIR. MO. | YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | ENTRY STAMP |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

CL21466C-20M-4-55
G1438a, P.C. 166a

11391

**CERT. NO. N-43**

INCLUDED IN ORIGINAL ENTRY

General—Comprehensive General-Automobile Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| RLG 001060 | ROYAL INDEMNITY COMPANY | Endorsement Effective Date | OCT. 1, 1960 |
|---|---|---|---|

Named Insured
**MERCY HOSPITAL**

Producer | Producer Code Number

Countersigned by:

Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability: $ **500,000** each claim
$ **1,000,000** aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |

The minimum premium for this insurance is $ **IMMATERIAL** per location per annum. | TOTAL ADVANCE PREMIUM | $**9,350.**

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

| | | | | | LIMITS | | EFFECTIVE | | | EXPIR. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOR OFFICE USE ONLY | | | | | | | | | | | | | | | APPROVED BY | CHECKED BY |
| LINE | FORM | STATE | TERR. | CLASS | B.I. | P.D. | EXPOSURE | TERM | MO. | DAY | YR. | MO. | YR. | B.I. PREMIUM | P.D. PREMIUM | ENTRY STAMP |
| C a | 50 | | | | | | | | | | | | | | | **280** |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

CL21466C-20M-6-55
G-130a, P.C. 166a

11392

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement (Month, Day, Year) Effective Date |
|---|---|---|
| Named Insured | | |
| Producer | | Producer Code Number |

Countersigned by:

_____
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:      $              each claim
                          $              aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM |
|---|---|---|---|---|
| | | | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| The minimum premium for this insurance is $        per location per annum. | | | TOTAL ADVANCE PREMIUM | $ |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | ENTRY STAMP | |
| | | | | | | | | | | | | | | | | | |

CL21466C-20M-6-55
G450a. P.C. 166a

11393

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

CL21466C-20M-6-55
G-458a, P.C. 166a

11394

**HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY** CERT. NO. S-13

ENDORSEMENT

Policy **RLG 001060**  Name **ROYAL INDEMNITY COMPANY**

**OCT. 1, 1960** (Mo. Day, Yr.)  Producer Code No.

Additional Premium  Return Premium

$ | $

**GOOD SAMARITAN HOSPITAL**

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

**AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.**

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by :

**283**

PRESIDENT

Authorized Representative    FOR OFFICE USE ONLY

| TRANS. ID | TYP | SIC | DEP | LINE | FORM | CLASS | LIMITS B.I. P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. YR. | EXPIR. MO. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

CL 200 29K - 250M-3-60

H

0013

11395



INCLUDED IN ORIGINAL ENTRY.

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY CERT. NO. S-13

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement | (Month, Day, Year) |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | Effective Date | OCT. 1, 1960 |

Named Insured
GOOD SAMARITAN HOSPITAL

| Producer | Producer Code Number |
|---|---|

Countersigned by: _____

_____ Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:   $ **500,000** each claim
                       $ **500,000** aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The minimum premium for this insurance is $ **IMMATERIAL** per location per annum.

TOTAL ADVANCE PREMIUM   $ **4,810.**

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

ENTRY STAMP

284

CL21466C-20M-6-55
G13Ba, P.C. 166a

11396

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

11397



| HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY | | CERT. N-43 | ENDORSEMENT |
|---|---|---|---|

Policy Symbol and Number: **RLG 001060** — Name of Company: **ROYAL INDEMNITY COMPANY** — Endorsement Date (Mo., Day, Yr.): **OCT. 1, 1960** — Producer Code No.

Named Insured: **MERCY HOSPITAL** — Additional Premium: $ — Return Premium: $

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

**AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.**

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by :

-------------------------------------
Authorized Representative    FOR OFFICE USE ONLY

279    PRESIDENT

| DEP | LINE | FORM | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. | EFF. YR. | EXPIR. MO. | EXPIR. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

CL 200 29K-250M 3-60

**CERT. NO. N-43**

INCLUDED IN ORIGINAL ENTRY

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| RLC-003060 | ROYAL INDEMNITY COMPANY | Endorsement Effective Date **Oct. 1, 1960** |
|---|---|---|

Named Insured
**MERCY HOSPITAL**

Producer

Countersigned by:

-------------------------------------------------------------
Authorized Representative

Producer Code Number

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability: $ **500,000** each claim
$ **1,000,000** aggregate

## SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| The minimum premium for this insurance is $ **IMMATERIAL** per location per annum. | TOTAL ADVANCE PREMIUM | **$9,350.** |
|---|---|---|

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

## FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | DAY | YR. | EXPIR. MO. | YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 50 | | | | | | | | | | | | | | | ENTRY STAMP **280** | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

CL21466C-20M-6-55
G159a; P.C. 166a

11399



Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|---|
| Named Insured | | | | |
| Producer | | | Producer Code Number | |

Countersigned by:

-------------------------------------------
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:  $                each claim
                      $                aggregate
                      SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| The minimum premium for this insurance is $_____ per location per annum. | | | TOTAL ADVANCE PREMIUM | $ |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

   (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

   The other provisions of this endorsement are printed on the back of this sheet.

FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | | P.D. PREMIUM | APPROVED BY CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | ENTRY STAMP |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

CL21466C-20M-6-55
G450a. P.C. 166a

11400

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

11401

**HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY**    CERT. NO. S-13

ENDORSEMENT

| Policy RLG 601060 | Name ROYAL INDEMNITY COMPANY | Endorsement Date (Mo. Day, Yr.) OCT. 1, 1960 | Producer Code No. |

GOOD SAMARITAN HOSPITAL

| Additional Premium $ | Return Premium $ |

This endorsement is issued for attachment to and
is hereby made a part of the policy designated
above, and is effective as of the date indicated
standard time and at the effective hour stated on
the policy at the address of the named insured as
stated in the policy.

**AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.**

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein
stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.
Countersigned by :

Authorized Representative    FOR OFFICE USE ONLY    283

PRESIDENT

| TRANS. ID TYP SUF | DEP | LINE | TERM | CLASS | LIMITS B.I. P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. YR. | EXPIR. MO. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

CL 200 29 K - 250M 3-60

11403

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

CL21466C-20M-4-55
Litho. P.C. 166a

H                    0015

11404

## HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY   CERT. S-12

**ENDORSEMENT**

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 | |

| Named Insured | | Additional Premium | Return Premium |
|---|---|---|---|
| ST. CHARLES HOSPITAL | | $ | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by:                                                          281

**PRESIDENT**

| TRANS. | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | TYP | SUF | Authorized Representative | | | | | | FOR OFFICE USE ONLY | | | | | | | | | | |

| DEP | LINE | FORM | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRS | EFF. MO. | EFF. YR. | EXPIR. MO. | EXPIR. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

CL 200 29K-250M 3-60

11406

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|
| Named Insured | | | |
| Producer | | Producer Code Number | |

Countersigned by:

_____

Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:   $ _____ each claim
$ _____ aggregate

SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| The minimum premium for this insurance is $ _____ per location per annum. | | TOTAL ADVANCE PREMIUM | | $ |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

   (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | ENTRY STAMP | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

CL21466C-20M-6-55

11405

INCLUDED IN ORIGINAL ENTRY.

Comprehensive General—Comprehensive General-Automobile
Owners', Landlyrds' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY       CERT. NO. 5-12

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement Effective Date (Month, Day, Year) |
|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 |

Named Insured
ST. CHARLES HOSPITAL

Producer | Producer Code Number

Countersigned by:

-----------------------------------------
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:  $ 500,000  each claim
                      $ 500,000  aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM |
|---|---|---|---|---|
| 1) PORT JEFFERSON, LONG ISLAND, N.Y. HOSPITAL | | | | |

The minimum premium for this insurance is
$ IMMATERIAL        per location per annum.      TOTAL ADVANCE PREMIUM   $ 2,900.00

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

   (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

   The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXP. MO. | EXP. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | ENTRY STAMP 282 | |

CL 71466C-70M 6-55

11407

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

11408

| HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY | CERT. N-43 | ENDORSEMENT |
|---|---|---|

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | OCT. 1, 1960 | |
| Named Insured | | Additional Premium $ | Return Premium $ |
| MERCY HOSPITAL | | | |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

**AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.**

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by :

279

PRESIDENT

_____
Authorized Representative

FOR OFFICE USE ONLY

| TRANS. ID | TYP | SL | DEP | LINE | FORM | CLASS | LIMITS B.I. | P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. | YR. | EXPIR. MO. | YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |

CL 200 29 K - 250M - 3-60

11409

CERT. NO. N-43

INCLUDED IN ORIGINAL ENTRY

Comprehensive General-Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| RLG 001060 | ROYAL INDEMNITY COMPANY | Endorsement Effective Date | OCT. 1, 1960 |

Named Insured

**MERCY HOSPITAL**

| Producer | Producer Code Number |

Countersigned by:

........................Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability:  $ 500,000  each claim
                      $ 1,000,000  aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| The minimum premium for this insurance is $ IMMATERIAL per location per annum. | TOTAL ADVANCE PREMIUM | $9,350. |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

   (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

      The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | DAY | YR. | EXPIR. MO. | YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

ENTRY STAMP
280

CL2166C-20M-6-55
G138i, P.C. 166i

11410

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of
the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | | Endorsement (Month, Day, Year) Effective Date |
|---|---|---|---|
| Named Insured | | | |
| Producer | | | Producer Code Number |

Countersigned by:

_____
Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained
by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person
inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connec-
tion therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury
occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on
deceased human bodies.

Limits of Liability :   $ _____ each claim
                        $ _____ aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| The minimum premium for this insurance is $_____ per location per annum. | | | TOTAL ADVANCE PREMIUM | $ |

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

    (a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply
    to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief
    to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | | P.D. PREMIUM | APPROVED BY CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 50 | | | | | | | | | | | | | | | | ENTRY STAMP |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

CL21466C-20M-6-55
G:488a. P.C. 166a

11411

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

CL21466C-20M-6-55
G-138a, P.C. 166a

11412

## HOSPITAL EMPLOYEES' PROFESSIONAL LIABILITY   CERT. NO. S-13

ENDORSEMENT

| Policy RLG 001060 | Name ROYAL INDEMNITY COMPANY | Endorsement Date OCT. 1, 1960 | Producer Code No. |

GOOD SAMARITAN HOSPITAL

Additional Premium $     Return Premium $

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated standard time and at the effective hour stated on the policy at the address of the named insured as stated in the policy.

**AS RESPECTS THE INSURANCE AFFORDED BY THE HOSPITAL PROFESSIONAL LIABILITY ENDORSEMENT, THE WORD "INSURED" IS EXTENDED TO INCLUDE PROFESSIONAL EMPLOYEES WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT BY THE HOSPITAL.**

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.

Countersigned by :

283

................ Authorized Representative          FOR OFFICE USE ONLY          PRESIDENT

| TRANS. ID | TYP | SUP | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEP | LINE | FORM | CLASS | LIMITS B.I. / P.D. | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. MO. / YR. | EXPIR. MO. / YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM | RESERVE P.D. PREM |

CL 200 29 K - 250M. 3-60

11413



INCLUDED IN ORIGINAL

Comprehensive General—Comprehensive General-Automobile
Owners', Landlords' and Tenants' Liability

## HOSPITAL PROFESSIONAL LIABILITY  CERT. NO. S-13

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement (Month, Day, Year) |
|---|---|---|
| RLG 001060 | ROYAL INDEMNITY COMPANY | Effective Date OCT. 1, 1960 |

Named Insured

GOOD SAMARITAN HOSPITAL

Producer

Producer Code Number

Countersigned by :

_____ Authorized Representative

It is agreed that such insurance as is afforded by the policy also applies to damages because of injury, including death, sustained by any person and arising out of malpractice as defined herein, committed during the policy period.

This insurance is subject to the following provisions:

1. "Malpractice" means malpractice, error or mistake (a) in rendering or failing to render to such person, or to the person inflicting the injury, medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith, or (b) in furnishing or dispensing drugs or medical, dental or surgical supplies or appliances if the injury occurs after the named insured has relinquished possession thereof to others, or (c) in handling or performing autopsies on deceased human bodies.

Limits of Liability :  $ **500,000** each claim
$ **500,000** aggregate

### SCHEDULE

| CLASSIFICATION AND LOCATION OF PREMISES | Code No. | PREMIUM BASES (a) Beds (b) Out-Patient visits | RATES (a) Each (b) Per 100 | ADVANCE PREMIUM $ |
|---|---|---|---|---|
| | | | | |
| | | | | |

The minimum premium for this insurance is
$ **IMMATERIAL** per location per annum.

TOTAL ADVANCE PREMIUM  $ **4,810.**

2. Except as stated in this endorsement, the policy does not apply to malpractice as defined herein.

3. With respect to the insurance afforded by this endorsement:

(a) Insuring Agreement II and the "Assistance and Cooperation of the Insured" Condition of the policy shall not apply to this insurance in so far as they refer to expenses incurred by the insured for immediate medical and surgical relief to others imperative at the time of accident.

The other provisions of this endorsement are printed on the back of this sheet.

### FOR OFFICE USE ONLY

| LINE | FORM | STATE | TERR. | CLASS | LIMITS B.I. | LIMITS P.D. | EXPOSURE | TERM | EFFECTIVE MO. | EFFECTIVE DAY | EFFECTIVE YR. | EXPIR. MO. | EXPIR. YR. | B.I. PREMIUM | P.D. PREMIUM | APPROVED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 50 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

ENTRY STAMP

284

CL21466C-20M-6-55
G138a, P.C. 166a

11414

(b) When an injury occurs written notice shall be given by or on behalf of the insured, in accordance with the "Notice of Accident" Condition of the policy.

(c) Irrespective of anything contained in the policy to the contrary, the company will not settle or compromise any claim or suit covered hereunder except with the written consent of the named insured.

(d) The limit of liability stated herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated herein as "aggregate" is, subject to the foregoing provision respecting each claim, the total limit of the company's liability hereunder for all damages.

(e) When used as a premium basis: (1) the word "beds" means the daily average number of beds, cribs and bassinets used for patients during the policy period; (2) the words "out-patient visits" mean the total number of visits made during the policy period by patients who do not receive bed and board service.

(f) The exclusions of the policy are replaced by the following:

This insurance does not apply:

(1) to liability arising out of the performance of a criminal act;

(2) to liability on account of bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(3) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature;

(4) to liability of others assumed by the insured under any contract or agreement, or to liability assumed by the insured under any agreement guaranteeing the result of any treatment;

(5) to the ownership, maintenance, use, loading or unloading of any motor vehicle, trailer, semitrailer, watercraft or aircraft.

Nothing herein contained shall be held to waive, alter, vary or extend any of the terms or provisions of the policy, except as herein stated, nor shall this endorsement bind the company unless countersigned by a duly authorized representative of the company.



PRESIDENT

**Roman Catholic Diocese of Rockville Centre**

**<u>Royal Policy Cover Sheet</u>**

|                    |                   |
|-------------------:|-------------------|
| Insurer:           | Royal Indemnity   |
| Policy number:     | RLG 001062        |
| Inception date:    | 10/1/1962         |
| Term at issuance:  | 1 year            |
| Page count:        | 1                 |
| Contents:          | Endorsement- 1 pg |

## RETROSPECTIVE PREMIUM ADJUSTMENT ENDORSEMENT

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|
| RLG 001062 | Royal Indemnity Company | | 9-14-64 |

| Named Insured | | Additional Premium | Return Premium |
|---|---|---|---|
| R.C. Diocese of Rockville Centre | | $  -- | $88,035.00 |

| Producer | Producer Code Number |
|---|---|
| R.A. Corroon & Co. | 0117-400 |

The _____First_____ adjustment, calculated in accordance with the provisions of the Retrospective Premium Endorsement—Plan _D_, attached to the policy, results in

[ ] the additional premium stated above, due the company,

[X] the return premium stated above, due the named insured,

[ ] no change in premium
for the policy period from _____Oct. 1, 1962_____ to _____Oct. 1, 1963_____

This adjustment is

[ ] final and will not be }
[X] not final and will be } subject to further adjustment.

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

*C. M. Bottinger*
Signature of Authorized Representative

ec

### FOR OFFICE USE ONLY

| TRANS. | | | DEP | LINE | FORM | CLASS | LIMITS | | EXPOSURE | TAX STATE | TERR | AUD PER | TRM | EFF. | | EXPIR. | | PREMIUM EXCEPT P.D. | | P.D. PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | TYP | SUP | | | | | B.I. | P.D. | | | | | | MO | YR | MO | YR | | | | |
| | | | | | | | | | | | | | | | | | | | 0000 | | 0000 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |

CL21788B

**Roman Catholic Diocese of Rockville Centre**

**<u>Royal Policy Cover Sheet</u>**

|  |  |
|---|---|
| Insurer: | Royal Indemnity |
| Policy number: | RLG 001063 |
| Inception date: | 10/1/1963 |
| Term at issuance: | 1 year |
| Page count: | 1 |
| Contents: | Endorsement- 1 pg |

## RETROSPECTIVE PREMIUM ADJUSTMENT ENDORSEMENT

**Royal Insurance**

This endorsement issued for attachment to and forms a part of the below numbered policy, effective on the date indicated at noon Standard Time as stated in the policy.

SIGNED *Linda E Cary*

AUTHORIZED REPRESENTATIVE

| COMPANY | ADD'L. PREMIUM | RETURN PREMIUM | END. EFF. DATE (MO., DAY, YR.) | POLICY NUMBER |
|---|---|---|---|---|
| Royal Indemnity Co | $2266. | $- | JUN 1 7 1983 | RLG 001063 |

NAME OF INSURED

### R.C. Diocese of Rockville Centre

NAME OF PRODUCER

PRODUCER CODE
0292400

The **Nineteenth** _____ adjustment, calculated in accordance with the provisions of the Retrospective Premium Endorsement—Plan **D** _____, attached to the policy results in

☒ the additional premium stated above, due the company

☐ the return premium stated above, due the named insured

☐ no change in premium

for the policy period from **10/11/63** to **10/1/64**

This adjustment is

☐ final and will not be

☒ not final and will be } subject to further adjustment.

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

CL21788G    gj

**Roman Catholic Diocese of Rockville Centre**

**Royal Policy Cover Sheet**

|  |  |
|---|---|
| Insurer: | Royal Indemnity |
| Policy number: | RLX 100035 |
| Inception date: | 6/4/1964 |
| Term at issuance: | 3 years |
| Page count: | 44-55 |
| Contents: | Declaration- 2 pgs |
| | Excess Liability Policy form- 5 pgs |
| | Endorsement- 5 pgs |

# EXCESS LIABILITY POLICY

## DECLARATIONS

COMPANY:    **ROYAL INDEMNITY COMPANY**

PRODUCER    **R.A. CORROON & CO. INC.**
**92 WILLIAM ST.**
**NEW YORK, N. Y.**

POLICY NUMBER:    **RLX 100035**

ITEM 1:    NAME OF INSURED:    **ROMAN CATHOLIC DIOCESE OF**
**ROCKVILLE CENTRE, NEW YORK**
**AND AS PER ENDORSEMENT #1**

ITEM 2:    ADDRESS:    **253 SUNRISE HIGHWAY**
**ROCKVILLE CENTRE, N. Y.**

ITEM 3:    POLICY PERIOD:    FROM:    **JUNE 4, 1964** TO    **JUNE 4, 1967**

(12:01 A.M. Standard Time at the address of the Insured
stated herein).

ITEM 4:    PRIMARY INSURER (S) AND POLICY NUMBER (S):
**ROYAL INDEMNITY COMPANY    RLG 001063 EFF: 10-1-63 TO 10-1-64**
**POLICY NUMBERS    RLG 001064 EFF: 10-1-64 TO 10-1-65**
**RLG 001065 EFF: 10-1-65 TO 10-1-66**
**RLG 001066 EFF: 10-1-66 TO 10-1-67**
ITEM 5:    DESCRIPTION OF COVERAGE:
**GENERAL LIABILITY BODILY INJURY**

## ITEM 6  LIMITS OF LIABILITY

### SECTION I - EXCESS LIMITS

BODILY INJURY                 $2,000,000 EACH PERSON
                              2,000,000 EACH ACCIDENT

IN EXCESS OF:

### SECTION II - UNDERLYING LIMITS

THE UNDERLYING BODILY INJURY LIMITS ARE AS
SHOWN ON THE ROYAL INDEMNITY COMPANY
POLICY NUMBERS
RLG 001063 EFF: 10-1-63 TO 10-1-64
RLG 001064 EFF: 10-1-64 TO 10-1-65
RLG 001065 EFF: 10-1-65 TO 10-1-66
RLG 001066 EFF: 10-1-66 TO 10-1-67

BUT NOT LESS THAN:

BODILY INJURY                 $150,000 EACH PERSON
                              300,000 EACH ACCIDENT

### SECTION III - TOTAL LIMITS

BODILY INJURY                 $2,000,000 EACH PERSON
                              2,000,000 EACH ACCIDENT

IN EXCESS OF:

THE BODILY INJURY LIMITS OF LIABILITY AS SHOWN
ON ROYAL INDEMNITY COMPANY POLICY NUMBERS
RLG 001063 EFF: 10-1-63 TO 10-1-64
RLG 001064 EFF: 10-1-64 TO 10-1-65
RLG 001065 EFF: 10-1-65 TO 10-1-66
RLG 001066 EFF: 10-1-66 TO 10-1-67
BUT NOT LESS THAN:

BODILY INJURY                 $150,000 EACH PERSON
                              300,000 EACH ACCIDENT

## ITEM 7 PAYMENT OF PREMIUM:  $35,439.00   THREE YEAR -
                                            FLAT CHARGE PAYABLE

                              $11,813.  ON 6-4-64
                               11,813.  ON 6-4-65
                               11,813.  ON 6-4-66

AUTHORIZED REPRESENTATIVE

# ROYAL - GLOBE INSURANCE COMPANIES
## EXCESS LIABILITY POLICY

THE COMPANY NAMED IN THE DECLARATIONS FORMING A PART OF THIS
POLICY AND ATTACHED HERETO, (a stock insurance company, herein called
the Company), AGREES WITH THE INSURED, named in the declarations, in
consideration of the payment of the premium and in reliance upon the statements
in the declarations and subject to all of the terms of this policy:

## INSURING AGREEMENT

To further indemnify the insured in accordance with the applicable insuring agree-
ments of the Primary Insurance against loss subject to the limits stated in item 6,
Section I of the Declarations, as fully and to all intents and purposes as though
the Primary Insurance including any renewal thereof, or any endorsement issued
to form a part thereof, had been issued for the limits set forth in item 6, Section III
of the Declarations. This policy shall apply only to coverages for which an amount
is indicated in item 6, Section I, of the Declarations and then only in excess of the
corresponding amount as indicated in item 6, Section II of the Declarations.

## DEFINITIONS

1. Loss   The word "loss" shall be understood to mean the sums paid in settle-
   ments of losses for which the insured is liable after making deductions for all
   other recoveries, salvages and other insurances (other than recoveries under
   the policy/ies of the Primary Insurer), whether recoverable or not, and shall
   exclude all expense and costs.

2. Costs   The word "costs" shall be understood to mean interest on judgments,
   investigations, adjustment and legal expenses (excluding, however, all expense
   for salaried employees and retained counsel of and all office expense of the
   insured).

3. Primary Insurance   The term "primary insurance" shall be understood to mean
   the policy (policies) including any renewal or replacement thereof, described in
   Item 4.

## NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does not apply:

I. Under any Liability Coverage, to injury, sickness, disease, death or
   destruction

   (a)   with respect to which an insured under the policy is also an insured
         under a nuclear energy liability policy issued by Nuclear Energy Liab-
         ility Insurance Association, Mutual Atomic Energy Liability Under-

CL66602-300 Sets (S)-3-63

writers or Nuclear Insurance Association of Canada, or would be
an insured under any such policy but for its termination upon ex-
haustion of its limit of liability; or

(b)    resulting from the hazardous properties of nuclear material and with
respect to which (1) any person or organization is required to main-
tain financial protection pursuant to the Atomic Energy Act of 1954,
or any law amendatory thereof, or (2) the insured is, or had this
policy not been issued would be, entitled to indemnity from the United
States of America, or any agency thereof, under any agreement entered
into by the United States of America, or any agency thereof, with any
person or organization.

II.    Under any Medical Payments Coverage, or under any Supplementary Payments
provision relating to immediate medical or surgical relief, to expenses incurred
with respect to bodily injury, sickness, disease or death resulting from the
hazardous properties of nuclear material and arising out of the operation of a
nuclear facility by any person or organization.

III.    Under any Liability Coverage, to injury, sickness, disease, death or destruc-
tion resulting from the hazardous properties of nuclear material, if

(a)    the nuclear material (1) is at any nuclear facility owned by, or operated by
or on behalf of, an insured or (2) has been discharged or dispersed therefrom;

(b)    the nuclear material is contained in spent fuel or waste at any time possessed,
handled, used, processed, stored, transported or disposed of by or on be-
half of an insured; or

(c)    the injury, sickness, disease, death or destruction arises out of the furnish-
ing by an insured of services, materials, parts or equipment in connection
with the planning, construction, maintenance, operation·or use of any nuclear
facility, but if such facility is located within the United States of America, its
territories or possessions or Canada, this exclusion (c) applies only to injury
to or destruction of property at such nuclear facility.

IV.    As used in this policy;

"hazardous properties" include radioactive, toxic or explosive properties;
"nuclear material" means source material, special nuclear material or byproduct
material;

"source material," "special nuclear material," and "byproduct material" have
the meanings given them in the Atomic Energy Act of 1954 or in any law amend-
atory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has
been used or exposed to radiation in a nuclear reactor;

- 2 -

"waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph (a) or (b) thereof;

"nuclear facility" means

(a)  any nuclear reactor,

(b)  any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

(c)  any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the Insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d)  any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

With respect to injury to or destruction of property, the word "injury" or "destruction" includes all forms of radioactive contamination of property.

## CONDITIONS

1.  Underlying Insurance.

It is agreed that this policy, except as stated, is subject to all conditions, agreements and limitations of, except as provided herein, and shall follow the Primary Insurance in all respects, including changes by endorsement and the Insured shall furnish the Company with copies of such changes. It is further agreed should any alteration be made in the premium for the policy/ies of the Primary Insurers during the period of this Policy, then the premium hereon other than the Minimum Premium shall be adjusted accordingly. Copies of audits of premiums earned under the Primary Insurance shall also be given to the Company insofar as such audits relate to the premium for this certificate.

CL 66602-300 Sets (5)-3-63

## 2. Maintenance of Underlying Insurance

It is warranted by the Insured that the policy or policies referred to in Item 4 of the Declarations including renewal or replacement, thereof, shall be maintained in full effect during the period of this policy except for any reduction of the aggregate limits contained therein solely by payment of claims for occurrences which take place during this policy period. In the event there is no recovery available to the Insured as a result of insolvency of the underlying insurer or by reason of the Insured having breached the contract of underlying insurance, the coverage hereunder shall apply in excess of the applicable limit of liability as set out in the schedule of underlying insurance.

## 3. Notice of Loss

Whenever the Insured has information from which the Insured may reasonably conclude that an occurrence covered hereunder is likely to involve this policy, notice shall be sent to the Company as soon as practicable. Such notice shall contain particulars sufficient to identify the Insured and also reasonably obtainable information respecting the time, place and circumstances of the occurrence.

## 4. Assistance and Cooperation

The Company shall not be called upon to assume charge of the settlement or defense of any claims made, or suits brought or proceedings instituted against the Insured but the Company shall have the right and shall be given the opportunity to associate with the Insured or the Insured's underlying insurers, or both, in the defense and control of any claim, suit or proceeding where the claim or suit involves or appears reasonably likely to involve the Company, in which event the Insured and the Company shall cooperate in all things in the defense of such claim, suit or proceeding.

## 5. Appeals

In the event the Insured's underlying insurer/s elect not to appeal a judgment in excess of the underlying limits, the Company may elect to make such appeal at its cost and expense, and shall be liable for the taxable costs, disbursements and interest incidental thereto, but in no event shall the liability of the Company exceed the limit set forth in the Declarations under Item 6, Section I and in addition the cost and expense of such appeal.

## 6. Limit of Liability

With respect to each coverage in Item 6, Section I of the Declarations, the Bodily Injury limit applicable to each accident is subject to the limit specified as applicable to each person. There is no limit to the number of accidents for which claims may be brought hereunder (provided such accidents occur during the period of this policy) except as provided by aggregate limits which, with respect to Item 6, Section I, when inserted therein apply to all accidents happening during each consecutive twelve months of the Policy period.

CL66602-300 Sets (5)-3-63

7.  Subrogation

All salvages, recoveries or payments recovered or received subsequent to a loss settlement under the Policy shall be applied as if recovered or received prior to such settlement and all necessary adjustments shall then be made between the Insured and the Company, provided always that nothing in this Policy shall be construed to mean that losses under this Policy are not recoverable until the Insured's ultimate net loss has been finally ascertained.

8.  Cancellation

This policy may be canceled by the Insured by surrender thereof to the Company or any of its authorized agents, or by mailing to the Company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the Company by mailing to the Insured at the address shown in this policy written notice stating when, not less than thirty (30) days thereafter, such cancellation shall be effective, it being agreed, however, that in the event of cancellation or termination of the Primary Insurance or any renewal thereof, or any insurance afforded thereunder, this policy to the extent of such cancellation or termination, shall cease to apply at the same time without notice to the Insured. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of the surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such notice either by the Insured or by the Company shall be equivalent to mailing.

If the Insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable thereafter, but payment or tender of unearned premium is not a condition of cancellation.

IN WITNESS WHEREOF, the COMPANY has caused this policy to be signed by a Vice President and a Secretary at New York, New York and countersigned on the Declarations page attached hereto, by a duly authorized representative of the Company.

Secretary                                          Vice President

CL.66602-300 Sets (5)-3-63

ENDORSEMENT

#1

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLX 100035 | ROYAL INDEMNITY COMPANY | JUNE 4, 1964 | |

| Named Insured | Additional Premium | Return Premium |
|---|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK | $ | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, and at the effective hour stated in the policy, standard time at the address of the named insured as stated in the policy.

IN CONSIDERATION OF THE PREMIUM AT WHICH THIS POLICY IS WRITTEN, IT IS AGREED THAT DECLARATIONS - ITEM I - "NAMED INSURED" IS HEREBY COMPLETED TO READ AS FOLLOWS:

ITEM I - "NAMED INSURED:

THE NAMED INSURED INCLUDES ALL THE INSUREDS NAMED IN THE COVERAGE CERTIFICATES ATTACHED TO AND MADE A PART OF ROYAL INDEMNITY COMPANY POLICIES

RLG 001063   EFF:   10-1-63 TO 10-1-64
RLG 001064   EFF:   10-1-64 TO 10-1-65
RLG 001065   EFF:   10-1-65 TO 10-1-66
RLG 001066   EFF:   10-1-66 TO 10-1-67

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

Signed by Authorized Representative

FOR OFFICE USE ONLY

| TRANS. ID | TYP | SUB | DEP | LINE | FORM | CLASS | LIMITS B.I. P.D. | SAFE DRIVER | EXPOS. | TAX STATE | TERR. | AUD PER | TERM | EFF. MO. YR. | EXPIR. MO. YR. | PREMIUM EXCEPT P.D. | P.D. PREMIUM | RESERVE B.I. PREM. | RESERVE P.D. PREM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

CL.20030N-200M-2-63

ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLX 100035 | ROYAL INDEMNITY COMPANY | JUNE 4, 1964 | |
| Named Insured | | Additional Premium | Return Premium |
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y. | | $ | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, and at the effective hour stated in the policy, standard time at the address of the named insured as stated in the policy.

**IT IS AGREED THAT CONDITION 8-CANCELLATION IS AMENDED TO READ AS FOLLOWS:** CANCELLATION

8. THIS POLICY MAY BE CANCELED BY THE INSURED BY SURRENDER THEREOF TO THE COMPANY OR ANY OF ITS AUTHORIZED AGENTS, OR BY MAILING TO THE COMPANY WRITTEN NOTICE STATING WHEN THEREAFTER THE CANCELLATION SHALL BE EFFECTIVE. THIS POLICY MAY BE CANCELED BY THE COMPANY BY MAILING TO THE INSURED AT THE ADDRESS SHOWN IN THIS POLICY WRITTEN NOTICE STATING WHEN, NOT LESS THAN NINETY (90) DAYS THEREAFTER, SUCH CANCELLATION SHALL BE EFFECTIVE, IT BEING AGREED, HOWEVER, THAT IN THE EVENT OF CANCELLATION OR TERMINATION OF THE PRIMARY INSURANCE OR ANY RENEWAL THEREOF, OR ANY INSURANCE AFFORDED THERE-UNDER, THIS POLICY TO THE EXTENT OF SUCH CANCELLATION OR TERMINATION, SHALL CEASE TO APPLY AT THE SAME TIME WITHOUT NOTICE TO THE INSURED. THE MAILING OF NOTICE AS AFORESAID SHALL BE SUFFICIENT PROOF OF NOTICE. THE TIME OF THE SURRENDER OR THE EFFECTIVE DATE AND HOUR OF CANCELLATION STATED IN THE NOTICE SHALL BECOME THE END OF THE POLICY PERIOD. DELIVERY OF SUCH NOTICE EITHER BY THE INSURED OR BY THE COMPANY SHALL BE EQUIVALENT TO MAILING.

IF THE INSURED CANCELS, EARNED PREMIUM SHALL BE COMPUTED IN ACCORDANCE WITH THE CUSTOMARY SHORT RATE TABLE AND PROCEDURE. IF THE COMPANY CANCELS, EARNED PREMIUM SHALL BE COMPUTED PRO RATA. PREMIUM ADJUST-MENT MAY BE MADE EITHER AT THE TIME CANCELLATION IS EFFECTED OR AS SOON AS PRACTICABLE THEREAFTER, BUT PAYMENT OR TENDER OF UNEARNED PREMIUM IS NOT A CONDITION OF CANCELLATION.

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

Signature of Authorized Representative

FOR OFFICE USE ONLY

| TRANS. | | | DEP. | LINE | FORM | CLASS | | LIMITS | | SAF. DR. | EXPOS. | TAX STATE | TERR. | AUD PER | TERM | EFF. | | EXPIR. | | PREMIUM EXCEPT P.D. | | P.D. PREMIUM | | RESERVE B.I. PREM. | RESERVE P.D. PREM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | TYP | SUP | | | | CLASS | DISC | B.I. | P.D. | | | | | | | MO. | YR. | MO. | YR. | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

CL.20030N-200M-1-64

20-01226-scc   Doc 6-2   Filed 10/01/20   Entered 10/01/20 08:44:55   Exhibit B
Part 1 - Royal Program Policy Compendium 1960-1970   Pg 64 of 75

42

ENDORSEMENT

| Policy Symbol and Number | Name of Company | | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|---|
| RLX 100035 | ROYAL INDEMNITY COMPANY | | JUNE 4, 1964 | |
| Named Insured | | | Additional Premium | Return Premium |
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y. | | | $ | $ |

This endorsement is issued for attachment to and is hereby made a
part of the policy designated above, and is effective as of the date
indicated, and at the effective hour stated in the policy, standard
time at the address of the named insured as stated in the policy.

IT IS AGREED THAT CONDITION 8-CANCELLATION IS AMENDED TO READ AS
FOLLOWS:   CANCELLATION

8. THIS POLICY MAY BE CANCELED BY THE INSURED BY SURRENDER THEREOF TO
THE COMPANY OR ANY OF ITS AUTHORIZED AGENTS, OR BY MAILING TO THE
COMPANY WRITTEN NOTICE STATING WHEN THEREAFTER THE CANCELLATION
SHALL BE EFFECTIVE. THIS POLICY MAY BE CANCELED BY THE COMPANY BY
MAILING TO THE INSURED AT THE ADDRESS SHOWN IN THIS POLICY WRITTEN
NOTICE STATING WHEN, NOT LESS THAN NINETY (90) DAYS THEREAFTER,
SUCH CANCELLATION SHALL BE EFFECTIVE. IT BEING AGREED, HOWEVER,
THAT IN THE EVENT OF CANCELLATION OR TERMINATION OF THE PRIMARY
INSURANCE OR ANY RENEWAL THEREOF, OR ANY INSURANCE AFFORDED THERE-
UNDER, THIS POLICY TO THE EXTENT OF SUCH CANCELLATION OR TERMINATION,
SHALL CEASE TO APPLY AT THE SAME TIME WITHOUT NOTICE TO THE INSURED.
THE MAILING OF NOTICE AS AFORESAID SHALL BE SUFFICIENT PROOF OF
NOTICE. THE TIME OF THE SURRENDER OR THE EFFECTIVE DATE AND HOUR OF
CANCELLATION STATED IN THE NOTICE SHALL BECOME THE END OF THE POLICY
PERIOD. DELIVERY OF SUCH NOTICE EITHER BY THE INSURED OR BY THE
COMPANY SHALL BE EQUIVALENT TO MAILING.

IF THE INSURED CANCELS, EARNED PREMIUM SHALL BE COMPUTED IN ACCORDANCE
WITH THE CUSTOMARY SHORT RATE TABLE AND PROCEDURE. IF THE COMPANY
CANCELS, EARNED PREMIUM SHALL BE COMPUTED PRO RATA. PREMIUM ADJUST-
MENT MAY BE MADE EITHER AT THE TIME CANCELLATION IS EFFECTED OR AS
SOON AS PRACTICABLE THEREAFTER, BUT PAYMENT OR TENDER OF UNEARNED
PREMIUM IS NOT A CONDITION OF CANCELLATION.

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

Signature of Authorized Representative

FOR OFFICE USE ONLY

| TRANS. | | | DEP. | LINE | FORM | CLASS | | LIMITS | | SAF. DR. | EXPOS. | TAX STATE | TERR. | AUD PER | TERM | EFF. | | EXPIR. | | PREMIUM EXCEPT P.D. | | P.D. PREMIUM | | RESERVE B.I. PREM | RESERVE P.D. PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | TYP | SUP | | | | CLASS | DISC | B.I. | P.D. | | | | | | | MO. | YR. | MO. | YR. | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

CL 20030N-200M-1-64



ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLX 100035 | ROYAL INDEMNITY COMPANY | NOV. 9, 1964 | |
| Named Insured | | Additional Premium | Return Premium |
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y. | | $ 2079.27 | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, and at the effective hour stated in the policy, standard time at the address of the named insured as stated in the policy.

DC8947
Billed 4/2/65
attach to Master Policy

## ENDORSEMENT #4

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $2079.27, IT IS HEREBY AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THIS POLICY IS EXTENDED TO APPLY TO:

    ST. FRANCIS HOSPITAL
    ROSLYN, NEW YORK

IT IS FURTHER AGREED THAT THE ADDITIONAL PREMIUM IS PAYABLE AS FOLLOWS:

        $459.27 ON NOVEMBER 9, 1964
        810.00 ON JUNE 4, 1965
        810.00 ON JUNE 4, 1966

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

Signature of Authorized Representative

CL 20030P-200M-9-64

20-01226-scc    Doc 6-2    Filed 10/01/20    Entered 10/01/20 08:44:55    Exhibit B
Part 1 - Royal Program Policy Compendium 1960-1970    Pg 66 of 75

ENDORSEMENT



| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code No. |
|---|---|---|---|
| RLX 100035 | ROYAL INDEMNITY COMPANY | JUNE 4, 1966 | |
| Named Insured | | Additional Premium | Return Premium |
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y. | | $ 3150.00 | $ |

This endorsement is issued for attachment to and is hereby made a part of the policy designated above, and is effective as of the date indicated, and at the effective hour stated in the policy, standard time at the address of the named insured as stated in the policy.

⌐ *Belled on* ⌐
*Fecal elustellment*
*6-4-66*
*EeK* ⌐

## ENDORSEMENT #5

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $3,150.00,
IT IS AGREED THAT, ITEM 6 - LIMITS OF LIABILITY -
SECTION I - IS AMENDED TO READ AS FOLLOWS:

### ITEM 6 - LIMITS OF LIABILITY

#### SECTION I - EXCESS LIMITS

BODILY INJURY    $4,000,000. EACH PERSON
$4,000,000. EACH ACCIDENT

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

Signature of Authorized Representative

CL 20030P-200M-3-65

**Roman Catholic Diocese of Rockville Centre**

**<u>Royal Policy Cover Sheet</u>**

|  |  |
|---|---|
| Insurer: | Royal Indemnity |
| Policy number: | RLG 001064 |
| Inception date: | 10/1/1964 |
| Term at issuance: | 1 year |
| Page count: | 17 |
| Contents: | Declaration- 1 pg |
| | Policy jacket- 3 pgs |
| | Personal Injury Coverage- 2 pgs |
| | Endorsement- 11 pgs |

# ROYAL INDEMNITY COMPANY

A New York Corporation          New York, N. Y.

EXECUTIVE OFFICE:
150 WILLIAM STREET
NEW YORK 38, NEW YORK

## COMPREHENSIVE GENERAL LIABILITY POLICY

Policy No.  RLG  001064

## DECLARATIONS

| ITEM 1 | NAME AND ADDRESS OF INSURED | · ROMAN CATHOLIC DIOCESE OF<br>· ROCKVILLE CENTRE, N.Y., ETAL<br>· 253 SUNRISE HIGHWAY<br>· ROCKVILLE CENTRE, N.Y. | · R.A. CORROON & CO. INC.<br>· 92 WILLIAM ST.,<br>· NEW YORK, N.Y. |
|---|---|---|---|

☐ Individual   ☐ Partnership   ☐ Corporation   ☒ RELIGIOUS ORGANIZATION

| 2 | POLICY PERIOD From OCT. 1, 1964 to OCT. 1, 1965 12:01 A.M., standard time at the address of the named insured as stated herein. | | Business of the Named Insured is |
|---|---|---|---|

| Location of all premises owned, rented or controlled by Named Insured (Enter "same" if same location as above address) | Part occupied by Named Insured | Interest of Named Insured in such premises (Enter "Owner," "General Lessee" or "Tenant") |
|---|---|---|
| AS PER CERTIFICATES ATTACHED | | |

3 | The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be stated herein, subject to all of the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | | Advance Premiums |
|---|---|---|---|---|
| | Each person | Each Accident | Aggregate products | $ |
| A—Bodily Injury Liability | $ AS PER CERTIFICATES ATTACHED | | | |
| | Each Accident | Aggregate operations | Aggregate protective | $ |
| B—Property Damage Liability | $ AS PER CERTIFICATES ATTACHED | | | |
| | Aggregate products | Aggregate contractual | · · · · · · · · | |
| | $ | $ | | |

| 4 | Description of Hazards The rating classifications under the Descriptions of Hazards do not modify the exclusions or other terms of this policy. | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Coverage A | Coverage B | Coverage A | Coverage B |
| (a) Premises-Operations | | | (a) Area (sq. ft.)<br>(b) Frontage<br>(c) Remuneration | (a) Per 100 sq. ft. of Area<br>(b) Per Linear Ft.<br>(c) Per $100 of Remuneration | | $ | $ |
| | AS PER CERTIFICATES ATTACHED | | | | | | |
| (b) Elevators | | Number Insured | Per Elevator | | | | |
| | AS PER CERTIFICATES ATTACHED | | | | | | |
| (c) Independent Contractors | | Cost | Per $100 of Cost | | | | |
| | AS PER CERTIFICATES ATTACHED | | | | | | |
| (d) Products (Including Completed Operations) | | Sales | Per $1000 of Sales | | | | |
| | IF ANY, COVERED HEREUNDER | | | | | | |
| (e) Contracts as Defined in Condition 3 AS PER CONTRACTUAL ENDORSEMENT ATTACHED | | (a) Number Insured<br>(b) Cost | (a) Per Contract<br>(b) Per $100 of Cost | | | | |

Supplementary charge

Endorsements attached to policy at issuance

NUCLEAR CL 60352, WATER DAM. EXCL.

| | Total Advance Premium | $ | 125,279.70 |
|---|---|---|---|

If Policy Period is more than one year premium is payable:
On effective date of Policy $          1st Anniversary $          2nd Anniversary $

The foregoing discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein:

During the past three years no insurer has canceled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:

Exceptions, if any, to 5 or 6.

Countersigned by

## CONDITIONS

The conditions, except conditions 4 and 6, apply to all coverages.
Conditions 4 and 6 apply only to the coverage noted thereunder.

**1. PREMIUM**

The premium bases and rates for the hazards described in the declarations are stated therein. Premium bases and rates for hazards t so described are those applicable in accordance with the manuals ..I use by the company.

The advance premium stated in the declarations is an estimated premium only. Upon termination of this policy, the earned premium shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to this insurance. If the earned premium thus computed exceeds the estimated advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

When used as a premium basis:

) the word "admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;

(2) the word "cost" means the total cost to (a) the named insured with respect to operations performed for the named insured during the policy period by independent contractors, or (b) any indemnitee with respect to any contract covered by this policy, of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;

(3) the word "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division;

(4) the word "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than drivers of teams or automobiles and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;

..) the word "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period; and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.

The named insured shall maintain for each hazard records of the information necessary for premium computation on the basis stated in the declarations, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. INSPECTION AND AUDIT**

The company shall be permitted to inspect the insured premises, operations and to examine and audit the insured's books and records at any time during the policy period and any extension thereof and within three years after the final termination of this policy, as far as they relate to the premium bases or the subject matter of this insurance.

**3. DEFINITIONS**

(a) **Contract.** The word "contract" means, if in writing, a lease of premises, easement agreement, agreement required by municipal ordinance, sidetrack agreement, or elevator or escalator maintenance agreement.

(b) **Automobile.** The word "automobile" means a land motor vehicle, trailer or semitrailer, provided:

(1) The following described equipment shall be deemed an automobile while towed by or carried on an automobile but not so described, but not otherwise: if of the crawler-type, any tractor, power crane or shovel, ditch or trench digger; any farm-type tractor; any concrete mixer other than of the mix-in-transit type; any grader, scraper, roller or farm implement; and, if not subject to motor vehicle registration, any other equipment not specified in (2) below, which is designed for use principally off public roads.

(2) The following described equipment shall be deemed an automobile while towed by or carried on an automobile as above defined solely for purposes of transportation or while being operated solely for locomotion, but not otherwise: if of the non-crawler type, any power crane or shovel, ditch or trench digger; and any air-compressing, building or vacuum cleaning, spraying or welding equipment or well drilling machinery.

(c) **Products Hazard.** The term "products hazard" means

(1) goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, if the accident occurs after possession of such goods or products has been relinquished to others by the named insured or by others trading under his name and if such accident occurs away from premises owned, rented or controlled by the named insured or on premises for which the classification stated in division (a) of the declarations excludes any part of the foregoing; provided, such goods or products shall be deemed to include any container thereof, other than a vehicle, but shall not include any vending machine or any property, other than such container, rented to or located for use of others but not sold;

(2) operations, if the accident occurs after such operations have been completed or abandoned and occurs away from premises owned, rented or controlled by the named insured; provided, operations shall not be deemed incomplete because improperly or defectively performed or because further operations may be required pursuant to an agreement; provided further, the following shall not be deemed to be "operations" within the meaning of this paragraph: (a) pick-up or delivery, except from or onto a railroad car, (b) the maintenance of vehicles owned or used by or in behalf of the insured, (c) the existence of tools, uninstalled equipment and abandoned or unused materials and (d) operations for which the classification stated in division (a) of the declarations specifically includes completed operations.

(d) **Assault and Battery.** Assault and battery shall be deemed an accident unless committed by or at the direction of the insured.

**4. LIMITS OF LIABILITY — Coverage A**

The limit of bodily injury liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, arising out of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by one person as the result of any one accident; the limit of such liability stated in the declarations as applicable to "each accident" is, subject to the above provision respecting each person, the total limit of the company's liability for all damages, including damages for care and loss of services, arising out of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by two or more persons as the result of any one accident.

Secretary

President

## ROYAL INDEMNITY COMPANY

(A stock insurance company, herein called the company)

Agrees with the Insured, named in the declarations made a part hereof, in consideration of the payment of the premium and in reliance upon the statements in the declarations and subject to the limits of liability, exclusions, conditions and other terms of this policy:

## INSURING AGREEMENTS

### I. Coverage A—Bodily Injury Liability

To pay on behalf of the insured all sums which the insured shall become legally obligated to pay, as damages because of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by any person and caused by accident.

### Coverage B—Property Damage Liability

To pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury to or destruction of property, including the loss of use thereof, caused by accident.

### II. Defense, Settlement, Supplementary Payments

With respect to such insurance as is afforded by this policy, the company shall:

(a)   defend any suit against the insured alleging such injury, sickness, disease or destruction and seeking damages on account thereof, even if such suit is groundless, false or fraudulent; but the company may make such investigation, negotiation and settlement of any claim or suit as it deems expedient;

(b) (1) pay all premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this policy, all premiums on appeal bonds required in any such defended suit, but without any obligation to apply for or furnish any such bonds;

(2) pay all expenses incurred by the company, all costs taxed against the insured in any such suit and all interest accruing after entry of judgment until the company has paid or tendered or deposited in court such part of such judgment as does not exceed the limit of the company's liability thereon;

(3) pay expenses incurred by the insured for such immediate medical and surgical relief to others as shall be imperative at the time of the accident;

(4) reimburse the insured for all reasonable expenses, other than loss of earnings, incurred at the company's request;

and the amounts so incurred, except settlements of claims and suits, are payable by the company in addition to the applicable limit of liability of this policy.

### III. Definition of Insured

The unqualified word "insured" includes the named insured and also includes any executive officer, director or stockholder thereof while acting within the scope of his duties as such, and any organization or proprietor with respect to real estate management for the named insured. If the named insured is a partnership, the unqualified word "insured" also includes any partner therein but only with respect to his liability as such.

### IV. Policy Period, Territory

This policy applies only to accidents which occur during the policy period within the United States of America, its territories or possessions or Canada.

## EXCLUSIONS

This policy does not apply:

(a) to liability assumed by the insured under any contract or agreement except (1) a contract as defined herein or (2) as respects the insurance which is afforded by the Products Hazard as defined, a warranty of goods or products;

(b) to any obligation for which the insured may be held liable in an action on a contract or an agreement by a person not a party thereto;

(c) except with respect to operations performed by independent contractors and except with respect to liability assumed by the insured under a contract as defined herein, to the ownership, maintenance, operation, use, loading or unloading of (1) watercraft if the accident occurs away from premises owned by, rented to or controlled by the named insured, except insofar as this part of this exclusion is stated in the declarations to be inapplicable, (2) automobiles if the accident occurs away from such premises or the ways immediately adjoining, or (3) aircraft;

(d) to injury, sickness, disease, death or destruction due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing, with respect to (1) liability assumed by the insured under any contract or agreement or (2) expenses under Insuring Agreement II (b) (3);

(e) to liability imposed upon the insured or any indemnitee, as a person or organization engaged in the business of manufacturing, selling or distributing alcoholic beverages, or as an owner or lessor of premises used for such purposes, by reason of any statute or ordinance pertaining to the sale, gift, distribution or use of any alcoholic beverage;

(f) under coverage A, to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(g) under coverage A, except with respect to liability assumed by the insured under a contract as defined herein, to bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured;

(h) under coverage B, to injury to or destruction of (1) property owned or occupied by or rented to the insured, or (2) except with respect to liability under sidetrack agreements covered by this policy, property used by the insured, or (3) except with respect to liability under such sidetrack agreements or the use of elevators or escalators at premises owned by, rented to or controlled by the named insured, property in the care, custody or control of the insured or property as to which the insured for any purpose is exercising physical control, or (4) any goods, products or containers thereof manufactured, sold, handled or distributed or prem-

ises alienated by the named insured, or work completed by or for the named insured, out of which the accident arises;

(i) under coverage B, to any of the following insofar as any of them occur on or from premises owned by or rented to the named insured and injure or destroy buildings or property therein: (1) the discharge, leakage or overflow of water or steam from plumbing, heating, refrigerating or air-conditioning systems, standpipes for fire hose, or industrial or domestic appliances, or any substance from automatic sprinkler systems, (2) the collapse or fall of tanks or the component parts or supports thereof which form a part of automatic sprinkler systems, or (3) rain or snow admitted directly to the building interior through defective roofs, leaders or spouting, or open or defective doors, windows, skylights, transoms or ventilators; provided, however, this exclusion does not apply to loss due to fire, to the use of elevators or escalators, to operations performed by independent contractors, or to the extent that this exclusion is stated in the declarations to be inapplicable;

(j) under coverage B, to injury to or destruction of any property arising out of (1) blasting or explosion, other than the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) the collapse of or structural injury to any building or structure due (a) to grading of land, excavation, borrowing, filling, back-filling, tunneling, pile driving, coffer-dam work or caisson work, or (b) to moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof; provided, however, this exclusion does not apply with respect to liability assumed by the insured under any contract covered by this policy, to operations performed for the named insured by independent contractors or to completed or abandoned operations within the meaning of paragraph 2 of the Products Hazard, and provided further that part (1) or part (2) of this exclusion does not apply to operations stated, in the declarations or in the company's manual, as not subject to such part of this exclusion;

(k) under coverage B, to injury to or destruction of wires, conduits, pipes, mains, sewers or other similar property, or any apparatus in connection therewith, below the surface of the ground, if such injury or destruction is caused by and occurs during the use of mechanical equipment for the purpose of grading of land, paving, excavating or drilling, or to injury to or destruction of property at any time resulting therefrom; provided, however, this exclusion does not apply with respect to liability assumed by the insured under any contract covered by this policy, to operations performed for the named insured by independent contractors, to completed or abandoned operations within the meaning of paragraph 2 of the Products Hazard, or to operations stated, in the declarations or in the company's manual, as not subject to this exclusion.

**Conditions (Contd.)**

5. **LIMITS OF LIABILITY — Product — Coverage B**

Subject to the limit of liability with respect to "each accident", the limits of bodily injury liability and property damage liability stated in the declarations as "aggregate products" are respectively the total limits of the company's liability for all damages arising out of the products hazard. All such damages arising out of one lot of goods or products prepared or acquired by the named insured or by another trading under his name shall be considered as arising out of one accident.

6. **LIMITS OF LIABILITY — Coverage B**

The limit of property damage liability stated in the declarations as applicable to "each accident" is the total limit of the company's liability for all damages arising out of injury to or destruction of all property of one or more persons or organizations, including the loss of use thereof, as the result of any one accident.

Subject to the limit of liability with respect to "each accident", the limit of property damage liability stated in the declarations as "aggregate operations" is the total limit of the company's liability for all damages arising out of injury to or destruction of property, including the loss of use thereof, caused by the ownership, maintenance or use of premises or operations rated on a remuneration premium basis or by contractors' equipment rated on a receipt premium basis.

Subject to the limit of liability with respect to "each accident", the limit of property damage liability stated in the declarations as "aggregate protective" is the total limit of the company's liability for all damages arising out of injury to or destruction of property, including the loss of use thereof, caused by operations performed for the named insured by independent contractors or general supervision thereof by the named insured, except (a) maintenance and repairs at premises owned by or rented to the named insured and (b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures.

Subject to the limit of liability with respect to "each accident", the limit of property damage liability stated in the declarations as "aggregate contractual" is the total limit of the company's liability for all damages arising out of injury to or destruction of property, including the loss of use thereof, with respect to liability assumed by the insured under contracts covered by this policy in connection with operations for which there is an "aggregate operations" limit of property damage liability stated in the declarations.

The limits of property damage liability stated in the declarations as "aggregate operations", "aggregate protective" and "aggregate contractual" apply separately to each project with respect to operations being performed away from premises owned by or rented to the named insured.

7. **SEVERABILITY OF INTERESTS**

The term "the insured" is used severally and not collectively, but the inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

8. **NOTICE OF ACCIDENT**

When an accident occurs written notice shall be given by or on ehalf of the insured to the company or any of its authorized agents as soon as practicable. Such notice shall contain particulars sufficient to identify the insured and also reasonably obtainable information respecting the time, place and circumstances of the accident, the names and addresses of the injured and of available witnesses.

9. **NOTICE OF CLAIM OR SUIT**

If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

10. **ASSISTANCE AND COOPERATION OF THE INSURED**

The insured shall cooperate with the company and, upon the company's request, shall attend hearings and trials and shall assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses and in the conduct of suits. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for such immediate medical and surgical relief to others as shall be imperative at the time of accident.

11. **ACTION AGAINST COMPANY**

No action shall lie against the company unless, as a condition precedent thereto, the insured shall have fully complied with all the terms of this policy, nor until the amount of the insured's obligation

to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. Nothing contained in this policy shall give any person or organization any right to join the company as a co-defendant in any action against the insured to determine the insured's liability.

Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

12. **OTHER INSURANCE**

If the insured has other insurance against a loss covered by this policy the company shall not be liable under this policy for a greater proportion of such loss than the applicable limit of liability stated in the declarations bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

13. **SUBROGATION**

In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

14. **THREE YEAR POLICY**

A policy period of three years is comprised of three consecutive annual periods. Computation and adjustment of earned premium shall be made at the end of each annual period. Aggregate limits of liability as stated in this policy shall apply separately to each annual period.

15. **CHANGES**

Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy, signed by a duly authorized representative of the company.

16. **ASSIGNMENT**

Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, this policy shall cover the named insured's legal representative as named insured; provided that notice of cancellation addressed to the insured named in the declarations and mailed to the address shown in this policy shall be sufficient notice to effect cancellation of this policy.

17. **CANCELLATION**

This policy may be canceled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the named insured at the address shown in this policy written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of the surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

18. **DECLARATIONS**

By acceptance of this policy the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

**In Witness Whereof,** the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned on the declarations page by a duly authorized representative of the company.

_Secretary_

_President_

## PERSONAL INJURY COVERAGE

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | | Endorsement Effective Date | (Month, Day, Year) |
|---|---|---|---|---|
| Named Insured | | | | |
| Producer | | | Producer Code Number | |

Signature of Authorized Representative

### SCHEDULE

The insurance afforded is only with respect to such of the following hazards as are indicated by specific premium charge or charges.

| Hazards | Premium |
|---|---|
| A. False arrest, detention or imprisonment, or malicious prosecution | $ |
| B. Libel, slander or defamation of character | $ |
| C. Invasion of privacy, wrongful eviction or wrongful entry | $ |
| Minimum Premium $ | Total Premium $ |
| Limits of Liability: $ | each person aggregate |
| $ | endorsement aggregate |
| Insured's participation % | |

The company agrees with the named insured, in consideration of the payment of the premium and in reliance upon the statements in the declarations and subject to all of the terms of this endorsement:

### INSURING AGREEMENTS

#### I. PERSONAL INJURY LIABILITY COVERAGE

To pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury sustained by any person or organization and arising out of the following hazards in the conduct of the named insured's business, and the company shall defend any suit against the insured alleging such injury and seeking damages which are payable under the terms of this endorsement, even if any of the allegations of the suit are groundless, false or fraudulent; but the company may make such investigation and settlement of any claim or suit as it deems expedient:

Hazard A  False arrest, detention or imprisonment, or malicious prosecution

Hazard B  Libel, slander or defamation of character

Hazard C  Invasion of privacy, wrongful eviction or wrongful entry

#### II. SUPPLEMENTARY PAYMENTS

To pay, in addition to the applicable limits of liability:

(1) all expenses incurred by the company, all costs taxed against the insured in any defended suit and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(2) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this endorsement, but without any obligation to apply for or furnish any such bonds;

(3) all reasonable expenses, other than loss of earnings, incurred by the insured at the company's request.

The other provisions of this endorsement are printed on the back of this sheet.

CL 66836-10M-2-65

## III. DEFINITION OF INSURED

The unqualified word "insured" includes the named insured and also includes any executive officer, director or stockholder thereof while acting within the scope of his duties as such. If the named insured is a partnership, the unqualified word "insured" also includes any partner therein but only with respect to his liability as such.

The insurance afforded under this endorsement applies separately to each insured against whom claim is made or suit is brought, but the inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

## IV. ENDORSEMENT PERIOD, TERRITORY

This endorsement applies only to injury occurring on and after the effective date hereof, during the policy period and within the United States of America, its territories or possessions, or Canada.

### EXCLUSIONS

This endorsement is subject to the provisions of the Nuclear Energy Liability Exclusion (Broad Form) forming a part of the policy.

This endorsement does not apply to:

(a) liability assumed by the insured under any contract or agreement;

(b) injury arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured;

(c) injury arising out of any advertising, broadcasting or telecasting activities by or for the insured;

(d) injury sustained by any person who is an employee of any insured at the time of the offense causing the injury.

### CONDITIONS

**1. Policy Conditions**

The conditions of the policy captioned "Inspection and Audit," "Notice of Claim or Suit," "Assistance and Cooperation of the insured," "Action Against Company," "Other Insurance," "Subrogation," "Three Year Policy," "Changes," "Assignment," "Cancellation" and "Declarations" apply to the insurance afforded by this endorsement.

**2. Premium**

The earned premium for this endorsement shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums, applicable to this insurance.

**3. Notice of Injury or Occurrence**

In the event of injury to which this endorsement applies or of an occurrence which may give rise to a claim therefor, written notice shall be given by or on behalf of the insured to the company or any of its authorized agents as soon as practicable. Such notice shall contain particulars sufficient to identify the insured and also reasonably obtainable information respecting the time, place and circumstances of the occurrence, the names and addresses of the injured and of available witnesses.

**4. Insured's Participation**

If a participation percentage is stated in the Schedule for the insured, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred per cent, and the balance of the loss shall be borne by the insured; provided, the company may pay the insured's said proportion of a loss to effect settlement of the loss and, upon notification of the action taken, the named insured shall promptly reimburse the company therefor.

**5. Limits of Liability**

The limit of liability stated in the Schedule as applicable to "each person aggregate" is the limit of the company's liability under this endorsement for all damages arising out of one or more injuries sustained by the same person or organization during the endorsement period; the limit of liability stated in the Schedule as "endorsement aggregate" is, subject to the above provision respecting "each person aggregate," the total limit of the company's liability under this endorsement for all damages.

CL66836

20-01226-scc   Doc 6-2   Filed 10/01/20   Entered 10/01/20 08:44:55   Exhibit B
Part 1 - Royal Program Policy Compendium 1960-1970   Pg 74 of 75

SCHOOLS - CODES 9253, 3253 AND 9353

ENDORSEMENT

| Policy Symbol and Number | Name of Company | Endorsement Date (Mo., Day, Yr.) | Producer Code / no. |
|---|---|---|---|
| RLG 001064 | ROYAL INDEMNITY COMPANY | OCT. 1, 1964 | |
| Named Insured | | Additional Premium | Return Premium |
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y. ETAL | | $ | $ |

This endorsement is issued for attachment to and is hereby made a
part of the policy designated above, and is effective as of the date
indicated, and at the effective hour stated in the policy, standard
time at the address of the named insured as stated in the policy.

## COLLEGES OR SCHOOLS
### (EXCLUDING AUTOMOBILE COVERAGE)

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY FOR
BODILY INJURY LIABILITY AND FOR PROPERTY DAMAGE LIABILITY APPLIES
WITH RESPECT TO COLLEGES OR SCHOOLS, SUBJECT TO THE FOLLOWING
PROVISIONS:

1.  DEFINITION OF INSURED. IN THE "DEFINITION OF INSURED" INSURING
    AGREEMENT OF THE POLICY, THE WORD "DIRECTOR" SHALL BE DEEMED TO
    INCLUDE ANY TRUSTEE OR ANY MEMBER OF THE BOARD OF GOVERNORS OF
    THE NAMED INSURED.

2.  TRANSPORTATION HAZARD. THE INSURANCE APPLIES TO THE TRANSPORTA-
    TION HAZARD, EXCEPT IN CONNECTION WITH WATERCRAFT, AUTOMOBILES
    OR AIRCRAFT OWNED, OPERATED OR HIRED BY OR FOR THE INSURED OR
    ANY OFFICER, EMPLOYEE OR MEMBER OF THE TEACHING, SUPERVISING OR
    ADMINISTRATIVE STAFF OF THE INSURED.

3.  NON-APPLICATION OF IMMEDIATE MEDICAL AND SURGICAL RELIEF TO
    PUPILS. THE INSURANCE UNDER INSURING AGREEMENT II (B) (3) FOR
    IMMEDIATE MEDICAL AND SURGICAL RELIEF, DOES NOT APPLY TO BODILY
    INJURY, SICKNESS OR DISEASE SUSTAINED BY ANY PUPIL OF THE
    INSURED, AND THE INSURED SHALL NOT INCUR ANY EXPENSE WITH RESPECT
    TO SUCH IMMEDIATE MEDICAL AND SURGICAL RELIEF, EXCEPT AT HIS OWN
    COST.

4.  PREMIUM BASIS. WHEN PER PUPIL, IS THE PREMIUM BASIS, THE PREMIUM
    SHALL BE DETERMINED ON THE BASIS OF THE AVERAGE NUMBER OF PUPILS
    IN ATTENDANCE PER SCHOOL DAY DURING THE POLICY PERIOD.

This endorsement is subject to all terms, conditions and exclusions of the policy which are not inconsistent herewith.

Signature of Authorized Representative

Comprehensive General—Comprehensive General—Automobile
Products, Owners' and Tenants' Liability
Manufacturers' and Contractors' Liability

# BLANKET CONTRACTUAL LIABILITY COVERAGE ENDORSEMENT

This endorsement is issued for attachment to and is hereby made a part of the policy designated below and is effective as of the date indicated, at 12:01 A.M., standard time at the address of the named insured as stated in the policy.

| Policy Number | Name of Company | Endorsement (Month, Day, Year) |
|---|---|---|
| RLG 001064 | ROYAL INDEMNITY COMPANY | Effective Date OCT. 1, 1964 |
| Named Insured | | Additional Premium |
| ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, N.Y., ETAL | | $ INCLUDED |
| Producer | | Producer Code Number |
| R. A. CORROON & CO. | | 0117-400 |

MB /

Signature of Authorized Representative

## SCHEDULE

The insurance afforded under this endorsement is only with respect to such and so many of the following coverages as are indicated by specific limits of liability.

| Coverages | Limits of Liability | | | |
|---|---|---|---|---|
| Y—Bodily Injury Liability | $ AS PER CERT each person | $ | ATTACHED each accident | |
| Z—Property Damage Liability | $ AS PER CERT each accident | $ | ATTACHED aggregate | |

| Designation of Contracts | Premium Bases (a) Number Insured (b) Cost | Rates (a) per contract (b) per $100 of cost | | Advance Premiums | |
|---|---|---|---|---|---|
| | | Coverage Y | Coverage Z | Coverage Y | Coverage Z |
| ALL WRITTEN CONTRACTS EXCLUDING THE FOLLOWING:- ANY CONTRACT DEFINED IN CONDITION 3A OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED | TO BE DETERMINED | | | TO BE DETERMINED | |

| Minimum Premiums: Coverage Y $ | Coverage Z $ | Total Advance Premiums | |
|---|---|---|---|

The company agrees with the named insured, in consideration of the payment of the premium and in reliance upon the statements in the declarations and in the schedule hereof and subject to the limits of liability, exclusions, conditions and other terms of this endorsement:

## INSURING AGREEMENTS

I. **Coverage Y — Contractual Bodily Injury Liability**

To pay on behalf of the insured all sums which the insured, by reason of the liability assumed by him under any written contract designated in the schedule hereof, shall become legally obligated to pay as damages because of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by any person and caused by accident.

**Coverage Z — Contractual Property Damage Liability**

To pay on behalf of the insured all sums which the insured, by reason of the liability assumed by him under any written contract designated in the schedule hereof, shall become legally obligated to pay as damages because of injury to or destruction of property, including the loss of use thereof, caused by accident.

II. **Defense, Settlement, Supplementary Payments.** The provisions of Insuring Agreement II of the policy, other than paragraph (b) (3) thereof, are applicable to the insurance afforded under this endorsement. With respect to such injury, sickness, disease or destruction as is covered by the terms of this endorsement, the company also shall defend any arbitration proceeding wherein an indemnitee under a written contract designated in the schedule hereof seeks damages against the insured on account thereof, and wherein the company is entitled to exercise the insured's rights in the choice of arbitrators and in the conduct of such arbitration proceedings.

III. **Definition of Insured.** The provisions of Insuring Agreement III of the policy are applicable to the insurance afforded under this endorsement.

IV. **Endorsement Period, Territory.** This endorsement applies only to accidents which occur on and after the effective date hereof, during the policy period and within the United States of America, its territories or possessions, or Canada.

The other provisions of this endorsement are printed on the back of this sheet.

**FOR OFFICE USE ONLY**

| TRANSACTION | | | DEPT | LINE | FORM | CLASS | LIMITS | | EXPOSURE | TAX STATE | TERR | AUD PER | TERM | EFF. | | EXPIR. | | B.I. PREMIUM | P.D. PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | TYPE | SUPP. | | | | | B.I. | P.D. | | | | | | MO. | YR. | MO. | YR. | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

CL21798D-20M   Rev. 6-19-63
A & G 498, P. C. 199