**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF | : | Case No. 20-12345 (SCC) |
| ROCKVILLE CENTRE, NEW YORK,[1] | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
| THE ROMAN CATHOLIC DIOCESE OF | : |  |
| ROCKVILLE CENTRE, NEW YORK, | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | Adv. Pro. No. 20-01226 (SCC) |
|  | : |  |
| ARK320 DOE, *et al.*,[2] | : |  |
|  | : |  |
| Defendants. | : |
|  | : |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 105(a)**
**STAYING CONTINUED PROSECUTION OF CERTAIN LAWSUITS**

This matter came before the Court on the *Motion for a Preliminary Injunction under Sections 362 and 105(a) of the Bankruptcy Code* [Adv. Pro. Docket No. 2] (the "Motion"),[3] filed by The Roman Catholic Diocese of Rockville Centre, New York (the "Diocese"); the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); (iii) the relief requested in the Motion

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] A full list of the Defendants in this adversary proceeding is included in Exhibit A to the Verified Complaint for Declaratory and Injunctive Relief [Adv. Pro. Docket No. 1].

[3] To the extent there are inconsistencies between terms defined in the Motion and in this Stipulation and Order, then this Stipulation and Order shall govern.

is in the best interests of the Diocese, its estate, and creditors; and (iv) after due deliberation, and

good and sufficient cause appearing therefor, the Court hereby determines that the relief requested

in the Motion should be granted on the terms set forth herein;

## **RECITALS**

A.      Attached hereto as Schedule 1 is a list of lawsuits or claims (collectively, the "CVA

Actions" and each individually a "CVA Action") against the Diocese, certain non-debtor affiliates

of the Diocese (the "DRVC Related Parties"), and/or various third-parties (the "Non-Affiliate

Defendants", and collectively with the DRVC Related Parties, the "State Court Defendants")

which (a) were pending as of the Petition Date or (b) have been filed or otherwise asserted against

State Court Defendants on or after the Petition Date, alleging that the Diocese and/or the named

State Court Defendants are liable to the applicable plaintiff on account of sexual abuse or other

tort claims.

B.      The CVA Actions are stayed by operation of 11 U.S.C. § 362(a) to the extent they

seek relief against the Diocese.  On October 1, 2020, the Diocese filed an adversary proceeding

[Adv. Pro. No. 20-01266] (the "Stay Adversary") seeking a determination that the CVA Actions

are automatically stayed pursuant to 11 U.S.C. § 362(a)(1) and/or (a)(3) or, alternatively, seeking

entry of an order staying the CVA Actions pursuant to 11 U.S.C. § 105(a).  The plaintiffs in the

CVA Actions assert that the automatic stay does not, subject to compliance with applicable rules

of civil procedure, prohibit them from pursuing claims against the State Court Defendants.

C.      On October 1, 2020, the Diocese brought the Motion seeking an injunction pursuant

to 11 U.S.C. §§ 105(a) and 362(a) staying the CVA Actions against each of the State Court

Defendants through and including February 1, 2021.  On October 23, 2020, the Committee filed

the Objection to the Preliminary Injunction Motion [Adv. Pro. Docket No. 17].  On November 4,

2020, the Court entered a consensual order in the Stay Adversary granting the Diocese's request

for a preliminary injunction and enjoining the prosecution of the CVA Actions through December 10, 2020 [Adv. Pro. Docket No. 36]. On December 10, 2020, the Court entered a consensual order in the Stay Adversary granting the Diocese's request for a preliminary injunction and enjoining the prosecution of the CVA Actions through December 21, 2020 [Adv. Pro. Docket No. 44]. And on December 21, 2020, the Court entered a consensual order in the Stay Adversary granting the Diocese's request for a preliminary injunction and enjoining the prosecution of the CVA Actions through January 14, 2021 [Adv. Pro. Docket No. 46].

D.      The Diocese and the Committee, in consultation with the state court attorneys representing the members of the Committee, have agreed to stay the CVA Actions against all State Court Defendants in accordance with the terms set forth in this Stipulation and Order.

AND IT IS THEREFORE ORDERED AND AGREED THAT:

1.      The foregoing recitals are incorporated herein by reference.

2.      Pursuant to 11 U.S.C. § 105(a), except to the limited extent provided below, the CVA Actions set forth on Schedule 1 are hereby stayed as to the State Court Defendants and any and all further proceedings or other actions by the parties thereto in furtherance of their prosecution, are hereby stayed from the date hereof (the "Effective Date") through and including 11:59 p.m. (prevailing Eastern time) on March 31, 2021 (the "Termination Date").

3.      Subject to Sections 5 and 6 below, prior to the occurrence of the Termination Date, no plaintiff shall prosecute against any State Court Defendant any action alleging claims substantially similar to those asserted by such plaintiff in a pending CVA Action, nor shall any plaintiff seek to sever his or her claims against the Diocese in any CVA Action in order to proceed with such CVA Action against any State Court Defendant.

4.      Prior to the occurrence of the Termination Date, and absent further order of this Court for good cause, no State Court Defendant shall take any action against a plaintiff in any

3

CVA Action, including without limitation, seeking discovery or non-voluntary dismissal of the CVA Action, *except that* nothing herein shall preclude (1) a State Court Defendant from answering a complaint in a CVA Action, but any obligation to do so shall be tolled pursuant to Section 8 below, and (2) any Non-Affiliate Defendant from negotiating and/or consummating a settlement of any claims against such Non-Affiliate Defendant with any plaintiff in a CVA Action.

5.      The stay imposed by this Stipulation and Order shall not prohibit or enjoin the filing of a complaint for purposes of commencing a CVA Action against, or service of a complaint related to any CVA Action upon, any of the State Court Defendants, including service of a complaint in any CVA Action filed prior to the Effective Date.  Any stay pursuant to this Stipulation and Order or 11 U.S.C. § 362 (to the extent applicable) is hereby lifted to the limited extent necessary to (i) allow any person to serve and file a new CVA Action against any party (including, without limitation, a party already identified as a State Court Defendant), as well as to file and serve any proof of service therefor, and (ii) to allow any State Court Defendant or the Diocese to tender the defense of any CVA Actions or similar claims to any insurance carrier who may provide coverage, have provided coverage, or otherwise insure the claim at issue (each, an "Insurer"); *provided*, *however*, that nothing herein is intended to authorize any payment by an Insurer to or on behalf of a State Court Defendant if doing so would serve to reduce the amount of insurance coverage available to the Diocese.

6.      State Court Defendants shall be served in accordance with the rules and procedures governing the applicable CVA Action.  The individuals identified on Schedule 2 hereto are authorized to accept service for the State Court Defendants identified on such Schedule 2 as applicable.

7.      Any plaintiff commencing or serving a new CVA Action shall provide copies of

the complaint via email to each of the undersigned counsel to the Diocese and the Committee within five (5) business days of service of this Stipulation and Order upon such person.

8.      The period beginning on the Effective Date and ending on the Termination Date (the "<u>Standstill Period</u>") shall not be included in computing the running of any time periods with respect to any (i) deadline to file an answer, motion to dismiss, or other responsive pleading, (ii) deadline to make or respond to dispositive motions or discovery demands, (iii) deadline to seek removal of an action to federal court, or (iv) other time deadlines (whether statutory, rule-based, equitable, contractual, or otherwise) relating to the prosecution or defense of the CVA Actions, such that all claims, defenses, rights and privileges with respect thereto shall be preserved and remain viable to the same extent that they existed as of the Effective Date, *provided*, *however*, that the foregoing shall not be deemed to extend or waive any applicable statutes of limitations, statutes of repose, laches or estoppel periods or other time deadlines or defenses relating to the initial assertion of a claim or filing of a CVA Action, and *provided further* that, upon the occurrence of the Termination Date, all State Court Defendants shall have not less than forty-five (45) days to file their initial answer, motion to dismiss, or other responsive pleading(s) in any CVA Action in which they are named.

9.      Approximately every thirty (30) days after the Effective Date, the Diocese shall file an amended Schedule 1, which will include additional CVA Actions subject to this Stipulation and Order, on the Docket of the Chapter 11 Case; *provided, however*, that such schedule shall not identify the name of any plaintiff pursuant to the terms of the *Final Order (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief* [Docket No. 125]  but shall identify the CVA Action by the Index Number or case number of the case.

10.     The Termination Date may be extended by mutual agreement between the Diocese

and the Committee, which shall be memorialized in a stipulation filed with the Court (an

"Extension Notice").  Email notice of each Extension Notice shall be provided by the Diocese to

all plaintiffs to CVA Actions (through their counsel of record in any CVA Action) and any other

party that was served with notice of the Motion.  Any party to a CVA Action may object to the

application of such extension of the Termination Date to such CVA Action by filing with the

Bankruptcy Court, within seven (7) days of the date of an Extension Notice, an objection setting

forth the basis for its objection(s) to the Extension Notice (an "Extension Objection") as it relates

to such CVA Action.  The Diocese and the Committee may file any replies in support of the

Extension Notice within seven (7) days after the filing of an Extension Objection.  Upon the filing

of an Extension Objection by any party (an "Objecting Party"), the Termination Date with respect

to such Objecting Party's CVA Action shall be extended through and including the later of (a)

the date on which the Bankruptcy Court enters an Order authorizing the Objecting Party to

proceed with the prosecution of their respective CVA Action, or (b) if no order authorizing the

Objecting Party to proceed with the prosecution of their respective CVA Action is entered by the

Bankruptcy Court, the applicable Termination Date as may be extended pursuant to any current

or future Extension Notice.  An Objecting Party shall serve any Extension Objection on the

undersigned counsel to the Committee and the undersigned counsel to the Diocese via email.

Notwithstanding the filing of an Extension Objection, the Termination Date shall be extended as

to any party who does not object to the Extension Notice.

11.     The entry of this Stipulation and Order is without prejudice to the rights of the

Diocese to enforce the terms of this Stipulation and Order, including through an injunction under

11 U.S.C. § 105(a), against any plaintiff that does not comply with the terms of this Stipulation

and Order.  Nothing herein shall be construed to limit the rights of the Diocese to seek relief similar

to the relief provided in this Stipulation and Order, including through an injunction under 11 U.S.C.

§ 105(a), against any party.  In the event the Diocese takes any action seeking such an injunction

on terms substantially similar to those set forth in this Stipulation and Order prior to the

Termination Date, the Committee shall support such requested relief; *provided*, *however*, that

nothing herein shall be construed to restrict or prohibit the rights of any party to oppose an

extension of the Termination Date; and *provided further* that nothing herein shall be construed to

restrict or prohibit the rights of the Committee or any plaintiff in a CVA Action to oppose any

effort by the Diocese or any State Court Defendant(s) after the Termination Date to assert in any

court that the automatic stay applies to automatically stay the CVA Action against it, or to seek to

stay or enjoin any CVA Action.  Nothing in the Motion or this Stipulation and Order shall be

construed as an admission by the Committee or any plaintiff regarding any efforts by the Diocese

or any State Court Defendant to obtain an order enforcing the automatic stay or enjoining

prosecution of any CVA Action after the Termination Date.

12.    Subject to the Committee's execution of a confidentiality and non-disclosure

agreement in form and substance acceptable to the Diocese, the Diocese agrees to use

commercially reasonable, good faith efforts to promptly begin providing the Committee

documents in its possession responsive to the document requests described on Schedule 4 hereto

no later than January 31, 2021, subject to the right of the Diocese or an interested DRVC Related

Party to raise reasonable objections based upon scope, relevance, privilege, or other applicable

law, *provided*, *however*, that prior to such production the Diocese shall cause  names and other

identifying information relating to any plaintiffs asserting a claim of sexual abuse to be redacted

pursuant to a confidentiality protocol as agreed between the Diocese and the Committee.  The

Diocese shall produce such documents on a rolling basis.  Any disputes relating to the respected

discovery shall be governed by the laws of the State of New York applicable to the CVA Actions.

This Section 12 shall be enforceable by the Committee even if the Bankruptcy Court does not enter

an Order approving this Stipulation and Order.

13.    During the Standstill Period, the Diocese shall provide the Committee with 15 days'

notice before the Bishop approves any transfer by a parish within the Diocese identified on

Schedule 3 hereto of any (i) real property or (ii) property outside of the ordinary course of business

with a value in excess of $50,000.  During such notice period, any plaintiff in a CVA Action and/or

the Committee may take any action to oppose, unwind or enjoin such transfer in a court of

competent jurisdiction, including without limitation, by filing a *lis pendens* with respect to the

subject property.  Any such action by a plaintiff or the Committee shall not be subject to any

confidentiality obligation of the Committee and shall not be a violation of this Stipulation and

Order; provided, however, that all other legal, equitable, and jurisdictional rights and defenses

regarding any litigation, causes of action, or judicial proceeding initiated with respect to any

potential transfer by a parish covered by this paragraph 13 are hereby reserved.

14.    Nothing in this Stipulation and Order shall be construed to limit the Committee's

right to seek discovery in other actions or proceedings on matters unrelated to the topics listed

on Schedule 4 from the Diocese or any State Court Defendant through any means in accordance

with applicable law or constitute a waiver of any right of the Diocese or any State Court

Defendant to oppose any such discovery.

15.    Nothing in this Stipulation and Order is intended or shall be deemed to constitute

any admission or acknowledgement of any fact, conclusion of law, potential liability or liability

of any party, nor does this Stipulation and Order constitute a waiver by any party of any time-

8

based defenses, except to the extent any otherwise applicable deadlines may be tolled during the Standstill Period as provided herein.  Except as otherwise provided herein, all parties shall be deemed to reserve all available rights, remedies, claims and defenses without waiver.

16.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Stipulation and Order are immediately effective and enforceable upon its entry.

17.     The Diocese is authorized to file a copy of this Stipulation and Order (including any amended Schedules thereto) with any court in which a CVA Action is or may hereafter become pending as proof that such action is stayed and enjoined as set forth herein.

18.     Nothing herein shall be construed to limit or affect any party's right to seek appropriate relief from this Court to the extent necessary to respond to any actions by a court in which a CVA Action is pending that, but for the stay provided herein, would require a party to act before the Termination Date.

19.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Stipulation and Order.

Dated:  January 22, 2021
      New York, New York

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman
United States Bankruptcy Judge

*STIPULATED AND AGREED TO BY:*

JONES DAY

/s/ *Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
Benjamin Thomson
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email: cball@jonesday.com
       trgeremia@jonesday.com
       brosenblum@jonesday.com
       abutler@jonesday.com
       bthomson@jonesday.com

-and-

Christopher DiPompeo (*pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-7686
Facsimile: (202) 626-1700
Email: cdipompeo@jonesday.com

*Counsel for the Debtor and
Debtor in Possession*

PACHULSKI STANG ZIEHL & JONES
LLP

By: /s/ *James I. Stang*
James I. Stang (*pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
jstang@pszjlaw.com

Ilan D. Scharf
Karen B. Dine
Brittany Michael
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
ischarf@pszjlaw.com

*Attorneys for the Official Committee of
Unsecured Creditors*

## SCHEDULE 1

CVA Actions

|     | Plaintiff(s)   | Index No.   |
| --- | -------------- | ----------- |
| 1.  | NAME ON FILE   | 506103/2020 |
| 2.  | NAME ON FILE   | 506559/2020 |
| 3.  | NAME ON FILE   | 512125/2020 |
| 4.  | NAME ON FILE   | 512319/2020 |
| 5.  | NAME ON FILE   | 512833/2020 |
| 6.  | NAME ON FILE   | 513632/2020 |
| 7.  | NAME ON FILE   | 513885/2020 |
| 8.  | NAME ON FILE   | 515746/2020 |
| 9.  | NAME ON FILE   | 517428/2020 |
| 10. | NAME ON FILE   | 517533/2020 |
| 11. | NAME ON FILE   | 518025/2020 |
| 12. | NAME ON FILE   | 518289/2020 |
| 13. | NAME ON FILE   | 518726/2019 |
| 14. | NAME ON FILE   | 519191/2019 |
| 15. | NAME ON FILE   | 519862/2019 |
| 16. | NAME ON FILE   | 522308/2019 |
| 17. | NAME ON FILE   | 524748/2019 |
| 18. | NAME ON FILE   | 526614/2019 |
| 19. | NAME ON FILE   | 527922/2019 |
| 20. | NAME ON FILE   | 600873/2020 |
| 21. | NAME ON FILE   | 605941/2020 |
| 22. | NAME ON FILE   | 606396/2020 |
| 23. | NAME ON FILE   | 606672/2020 |
| 24. | NAME ON FILE   | 606674/2020 |
| 25. | NAME ON FILE   | 607467/2020 |
| 26. | NAME ON FILE   | 607768/2020 |
| 27. | NAME ON FILE   | 608381/2020 |
| 28. | NAME ON FILE   | 609115/2020 |
| 29. | NAME ON FILE   | 610600/2020 |
| 30. | NAME ON FILE   | 611155/2019 |
| 31. | NAME ON FILE   | 615903/2019 |
| 32. | NAME ON FILE   | 617355/2019 |
| 33. | NAME ON FILE   | 618528/2019 |
| 34. | NAME ON FILE   | 618542/2019 |
| 35. | NAME ON FILE   | 619881/2019 |
| 36. | NAME ON FILE   | 620497/2019 |
| 37. | NAME ON FILE   | 621553/2019 |
| 38. | NAME ON FILE   | 624824/2019 |
| 39. | NAME ON FILE   | 900001/2019 |

|     | Plaintiff(s) | Index No. |
|-----|--------------|-----------|
| 40. | NAME ON FILE | 900002/2019 |
| 41. | NAME ON FILE | 900002/2020 |
| 42. | NAME ON FILE | 900003/2019 |
| 43. | NAME ON FILE | 900003/2020 |
| 44. | NAME ON FILE | 900004/2019 |
| 45. | NAME ON FILE | 900004/2020 |
| 46. | NAME ON FILE | 900043/2020 |
| 47. | NAME ON FILE | 900005/2019 |
| 48. | NAME ON FILE | 900006/2019 |
| 49. | NAME ON FILE | 900006/2020 |
| 50. | NAME ON FILE | 900007/2019 |
| 51. | NAME ON FILE | 900008/2019 |
| 52. | NAME ON FILE | 900008/2020 |
| 53. | NAME ON FILE | 900010/2019 |
| 54. | NAME ON FILE | 900010/2020 |
| 55. | NAME ON FILE | 900011/2019 |
| 56. | NAME ON FILE | 900011/2020 |
| 57. | NAME ON FILE | 900012/2019 |
| 58. | NAME ON FILE | 900012/2020 |
| 59. | NAME ON FILE | 900013/2019 |
| 60. | NAME ON FILE | 900013/2020 |
| 61. | NAME ON FILE | 900014/2019 |
| 62. | NAME ON FILE | 900014/2020 |
| 63. | NAME ON FILE | 900015/2019 |
| 64. | NAME ON FILE | 900015/2020 |
| 65. | NAME ON FILE | 900016/2019 |
| 66. | NAME ON FILE | 900017/2019 |
| 67. | NAME ON FILE | 900017/2020 |
| 68. | NAME ON FILE | 900018/2020 |
| 69. | NAME ON FILE | 900019/2019 |
| 70. | NAME ON FILE | 900020/2019 |
| 71. | NAME ON FILE | 900021/2019 |
| 72. | NAME ON FILE | 900022/2019 |
| 73. | NAME ON FILE | 900022/2020 |
| 74. | NAME ON FILE | 900024/2019 |
| 75. | NAME ON FILE | 900025/2019 |
| 76. | NAME ON FILE | 900027/2019 |
| 77. | NAME ON FILE | 900028/2019 |
| 78. | NAME ON FILE | 900029/2019 |
| 79. | NAME ON FILE | 900029/2020 |
| 80. | NAME ON FILE | 900030/2020 |
| 81. | NAME ON FILE | 900031/2019 |
| 82. | NAME ON FILE | 900031/2020 |
| 83. | NAME ON FILE | 900032/2019 |

|  | Plaintiff(s) | Index No. |
|---|---|---|
| 84. | NAME ON FILE | 900032/2020 |
| 85. | NAME ON FILE | 900033/2020 |
| 86. | NAME ON FILE | 900035/2019 |
| 87. | NAME ON FILE | 900036/2019 |
| 88. | NAME ON FILE | 900036/2020 |
| 89. | NAME ON FILE | 900037/2019 |
| 90. | NAME ON FILE | 900039/2019 |
| 91. | NAME ON FILE | 900040/2019 |
| 92. | NAME ON FILE | 900041/2019 |
| 93. | NAME ON FILE | 900041/2020 |
| 94. | NAME ON FILE | 900042/2019 |
| 95. | NAME ON FILE | 900044/2020 |
| 96. | NAME ON FILE | 900045/2019 |
| 97. | NAME ON FILE | 900045/2020 |
| 98. | NAME ON FILE | 900046/2019 |
| 99. | NAME ON FILE | 900046/2020 |
| 100. | NAME ON FILE | 900047/2020 |
| 101. | NAME ON FILE | 900048/2019 |
| 102. | NAME ON FILE | 900048/2020 |
| 103. | NAME ON FILE | 900050/2019 |
| 104. | NAME ON FILE | 900050/2020 |
| 105. | NAME ON FILE | 900051/2019 |
| 106. | NAME ON FILE | 900051/2020 |
| 107. | NAME ON FILE | 900052/2019 |
| 108. | NAME ON FILE | 900052/2020 |
| 109. | NAME ON FILE | 900053/2019 |
| 110. | NAME ON FILE | 900053/2020 |
| 111. | NAME ON FILE | 900054/2019 |
| 112. | NAME ON FILE | 900054/2020 |
| 113. | NAME ON FILE | 900055/2020 |
| 114. | NAME ON FILE | 900056/2020 |
| 115. | NAME ON FILE | 900057/2019 |
| 116. | NAME ON FILE | 900057/2020 |
| 117. | NAME ON FILE | 900058/2020 |
| 118. | NAME ON FILE | 900059/2020 |
| 119. | NAME ON FILE | 900060/2020 |
| 120. | NAME ON FILE | 900061/2020 |
| 121. | NAME ON FILE | 900062/2020 |
| 122. | NAME ON FILE | 900063/2020 |
| 123. | NAME ON FILE | 900064/2019 |
| 124. | NAME ON FILE | 900064/2020 |
| 125. | NAME ON FILE | 900065/2020 |
| 126. | NAME ON FILE | 900066/2020 |
| 127. | NAME ON FILE | 900067/2020 |

| | Plaintiff(s) | Index No. |
|---|---|---|
| 128. | NAME ON FILE | 900068/2019 |
| 129. | NAME ON FILE | 900068/2020 |
| 130. | NAME ON FILE | 900069/2019 |
| 131. | NAME ON FILE | 900069/2020 |
| 132. | NAME ON FILE | 900070/2019 |
| 133. | NAME ON FILE | 900070/2020 |
| 134. | NAME ON FILE | 900071/2019 |
| 135. | NAME ON FILE | 900071/2020 |
| 136. | NAME ON FILE | 900072/2019 |
| 137. | NAME ON FILE | 900072/2020 |
| 138. | NAME ON FILE | 900073/2019 |
| 139. | NAME ON FILE | 900073/2020 |
| 140. | NAME ON FILE | 900074/2020 |
| 141. | NAME ON FILE | 900075/2020 |
| 142. | NAME ON FILE | 900076/2020 |
| 143. | NAME ON FILE | 900077/2020 |
| 144. | NAME ON FILE | 900078/2020 |
| 145. | NAME ON FILE | 900079/2020 |
| 146. | NAME ON FILE | 900080/2020 |
| 147. | NAME ON FILE | 900081/2020 |
| 148. | NAME ON FILE | 900084/2020 |
| 149. | NAME ON FILE | 900085/2020 |
| 150. | NAME ON FILE | 900086/2020 |
| 151. | NAME ON FILE | 900087/2020 |
| 152. | NAME ON FILE | 900094/2020 |
| 153. | NAME ON FILE | 900095/2020 |
| 154. | NAME ON FILE | 900099/2020 |
| 155. | NAME ON FILE | 900101/2020 |
| 156. | NAME ON FILE | 900102/2020 |
| 157. | NAME ON FILE | 900103/2020 |
| 158. | NAME ON FILE | 900105/2020 |
| 159. | NAME ON FILE | 900107/2020 |
| 160. | NAME ON FILE | 900109/2020 |
| 161. | NAME ON FILE | 900110/2020 |
| 162. | NAME ON FILE | 900111/2020 |
| 163. | NAME ON FILE | 900112/2020 |
| 164. | NAME ON FILE | 900113/2020 |
| 165. | NAME ON FILE | 900114/2020 |
| 166. | NAME ON FILE | 900115/2020 |
| 167. | NAME ON FILE | 900117/2020 |
| 168. | NAME ON FILE | 900118/2020 |
| 169. | NAME ON FILE | 900119/2020 |
| 170. | NAME ON FILE | 900120/2020 |
| 171. | NAME ON FILE | 900121/2020 |

|  | **Plaintiff(s)** | **Index No.** |
|---|---|---|
| 172. | NAME ON FILE | 900122/2020 |
| 173. | NAME ON FILE | 900124/2020 |
| 174. | NAME ON FILE | 900125/2020 |
| 175. | NAME ON FILE | 900126/2020 |
| 176. | NAME ON FILE | 900127/2020 |
| 177. | NAME ON FILE | 900128/2020 |
| 178. | NAME ON FILE | 900129/2020 |
| 179. | NAME ON FILE | 900130/2020 |
| 180. | NAME ON FILE | 900131/2020 |
| 181. | NAME ON FILE | 900132/2020 |
| 182. | NAME ON FILE | 900133/2020 |
| 183. | NAME ON FILE | 900134/2020 |
| 184. | NAME ON FILE | 900135/2020 |
| 185. | NAME ON FILE | 900136/2020 |
| 186. | NAME ON FILE | 900137//2020 |
| 187. | NAME ON FILE | 900138/2020 |
| 188. | NAME ON FILE | 900139/2020 |
| 189. | NAME ON FILE | 900143/2020 |
| 190. | NAME ON FILE | 900145/2020 |
| 191. | NAME ON FILE | 900149/2020 |
| 192. | NAME ON FILE | 900150/2020 |
| 193. | NAME ON FILE | 900152/2020 |
| 194. | NAME ON FILE | 900153/2020 |
| 195. | NAME ON FILE | 900165/2020 |
| 196. | NAME ON FILE | 900168/2020 |
| 197. | NAME ON FILE | 900170/2020 |
| 198. | NAME ON FILE | 900171/2020 |
| 199. | NAME ON FILE | 900172/2020 |
| 200. | NAME ON FILE | 900173/2020 |
| 201. | NAME ON FILE | 900174/2020 |
| 202. | NAME ON FILE | 950002/2019 |
| 203. | NAME ON FILE | 950167/2019 |
| 204. | NAME ON FILE | 950169/2019 |
| 205. | NAME ON FILE | 950229/2020 |
| 206. | NAME ON FILE | 950245/2020 |
| 207. | NAME ON FILE | 950535/2020 |
| 208. | NAME ON FILE | 950642/2020 |
| 209. | NAME ON FILE | 950685/2020 |
| 210. | NAME ON FILE | 614160/2020 |
| 211. | NAME ON FILE | 70134/2020E |
| 212. | NAME ON FILE | 900001/2021 |

**SCHEDULE 2**

Counsel Authorized to
Accept Service for Certain
Defendants

|  | Defendant | Counsel Authorized to Accept Service |
|---|---|---|
| 1. | Catholic Charities of the Diocese of Rockville Centre | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 2. | Church of The Blessed Sacrament | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 3. | Church of Saint Francis of Assisi | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 4. | Church of St. Anne, Garden City | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 5. | Church of St. Anthony of Padua, East Northport | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 6. | Church of St. Rosalie | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200 |

| | | cjadams@pfapc.com |
|---|---|---|
| 7. | Church of the Good Shepherd, Holbrook | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 8. | Corpus Christi Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 9. | Holy Angels Regional School f/k/a St. Francis De Sales Catholic School | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 10. | Holy Family Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 11. | Holy Family Catholic School | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 12. | Holy Spirit a/k/a Church of the Holy Spirit | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 13. | Holy Trinity Diocesan High School | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596 |

| | | 516-248-1200<br>bdavey@mmlaw.us.com |
|---|---|---|
| 14. | Infant Jesus Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 15. | Notre Dame Church, New Hyde Park | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 16. | Our Holy Redeemer | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 17. | Our Lady of Fatima | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 18. | Our Lady of Grace Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 19. | Our Lady of Loretto Parish and School | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 20. | Our Lady of Lourdes Church, Malverne | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave |

| | | |
|---|---|---|
| | | Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 21. | Our Lady of Peace | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 22. | Our Lady Of Perpetual Help Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 23. | Our Lady of Victory | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 24. | Our Lady Queen of Martyrs | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 25. | Parish Of St. Agnes Cathedral Church And School | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 26. | Parish of St. Christopher | Brian R. Davey<br>Mulholland Minion Davey McNiff & Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 27. | Saints Philip and James Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739 |

| | | 631-666-6200<br>cjadams@pfapc.com |
|---|---|---|
| 28. | Queen of the Most Holy Rosary | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 29. | Roman Catholic Church of Saints Cyril and Methodius | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 30. | Roman Catholic Church of the Sacred Heart | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 31. | Sacred Hearts of Jesus and Mary | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 32. | Saint Aidan Church and School | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 33. | Saint Barnabas The Apostle Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 34. | Saint Catherine of Sienna Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer |

|     |                                              | 374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| --- | -------------------------------------------- | --------------------------------------------------------------------------------- |
| 35. | Saint Elizabeth Ann Seton Regional School    | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 36. | Saint Martha Roman Catholic Church           | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 37. | Saint Martin of Tours Roman Catholic Church  | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 38. | Saints Cyril and Methodius School            | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 39. | St. Andrew Roman Catholic Church and School  | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 40. | St. Bernard's Roman Catholic Church          | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 41. | St. Boniface Roman Catholic Church           | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer |

| | | 374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br> bdavey@mmlaw.us.com |
|---|---|---|
| 42. | St. Boniface Martyr School | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 43. | St. Brigid | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 44. | St. Dominic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 45. | St. Elizabeth Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 46. | St. Hedwig's Roman Catholic<br>Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 47. | St. Hugh of Lincoln Roman<br>Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 48. | St. Hyacinth Parish | Charles J. Adams<br>Patrick F. Adams, P.C. |

|  |  | 3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
|---|---|---|
| 49. | St. Ignatius Loyola | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 50. | St. James Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 51. | St. John the Baptist Diocesan High<br>School | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 52. | St. John of God | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 53. | St. John the Evangelist | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 54. | St. Joseph Catholic School | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 55. | St. Joseph Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer |

| | | |
|---|---|---|
| | | 374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 56. | St. Jude Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 57. | St. Kilian Roman Catholic Church | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 58. | St. Lawrence the Martyr Roman Catholic Church and School | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 59. | St. Luke's Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 60. | St. Margaret of Scotland Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 61. | St. Mary Roman Catholic Church [Manhasset] | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 62. | St. Mary Roman Catholic Church [East Islip] | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739 |

| | | |
|---|---|---|
| | | 631-666-6200<br>cjadams@pfapc.com |
| 63. | St. Mary's Elementary School | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 64. | St. Patrick's Parish and School<br>[Glen Cove] | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 65. | St. Patrick's Parish and School<br>[Huntington; Bayshore] | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 66. | St. Paul the Apostle Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 67. | St. Philip Neri Roman Catholic<br>Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 68. | St. Raphael | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 69. | St. Raymond's a/k/a The Parish<br>Family of Saint Raymond of<br>Penyafort | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596 |

| | | |
|---|---|---|
| | | 516-248-1200<br>bdavey@mmlaw.us.com |
| 70. | St. Sylvester Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 71. | St. Therese of Lisieux Roman Catholic Church | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 72. | St. Thomas the Apostle Parish | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 73. | St. Vincent de Paul Parish | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |
| 74. | The Roman Catholic Church of Christ the King | Charles J. Adams<br>Patrick F. Adams, P.C.<br>3500 Sunrise Highway, Building 300<br>Great River, New York 11739<br>631-666-6200<br>cjadams@pfapc.com |
| 75. | The Roman Catholic Church of St. Rose of Lima | Brian R. Davey<br>Mulholland Minion Davey McNiff &<br>Beyrer<br>374 Hillside Ave<br>Williston Park, NY 11596<br>516-248-1200<br>bdavey@mmlaw.us.com |

** Indicates a parish that is closed, has merged with another or is otherwise inactive at this time.

## <u>SCHEDULE 3</u>

State Court Defendants Related to Diocese

|     | **Defendant** |
| --- | --- |
| 1.  | Church Of The Blessed Sacrament |
| 2.  | Church of Saint Francis of Assisi |
| 3.  | Church of St. Anne, Garden City |
| 4.  | Church of St. Anthony of Padua, East Northport |
| 5.  | Church of St. Rosalie |
| 6.  | Church of the Good Shepherd, Holbrook |
| 7.  | Corpus Christi Roman Catholic Church |
| 8.  | Holy Family Roman Catholic Church |
| 9.  | Holy Spirit a/k/a Church of the Holy Spirit |
| 10. | Infant Jesus Roman Catholic Church |
| 11. | Notre Dame Church, New Hyde Park |
| 12. | Our Holy Redeemer |
| 13. | Our Lady of Fatima |
| 14. | Our Lady of Grace Roman Catholic Church |
| 15. | Our Lady of Loretto Parish |
| 16. | Our Lady of Lourdes Church, Malverne |
| 17. | Our Lady of Peace |
| 18. | Our Lady Of Perpetual Help Roman Catholic Church |
| 19. | Our Lady of Victory |
| 20. | Our Lady Queen of Martyrs |
| 21. | Parish Of St. Agnes Cathedral Church |
| 22. | Parish of St. Christopher |
| 23. | Saints Philip and James Roman Catholic Church |
| 24. | Queen of the Most Holy Rosary |
| 25. | Roman Catholic Church of Saints Cyril and Methodius |
| 26. | Roman Catholic Church of the Sacred Heart |
| 27. | Sacred Hearts of Jesus and Mary |
| 28. | Saint Barnabas The Apostle Roman Catholic Church |
| 29. | Saint Catherine of Sienna Roman Catholic Church |
| 30. | Saint Martha Roman Catholic Church |
| 31. | Saint Martin of Tours Roman Catholic Church |
| 32. | St. Andrew Roman Catholic Church |
| 33. | St. Bernard's Roman Catholic Church |
| 34. | St. Boniface Roman Catholic Church |
| 35. | St. Brigid |
| 36. | St. Dominic Church |
| 37. | St. Elizabeth Church |
| 38. | St. Hedwig's Roman Catholic Church |
| 39. | St. Hugh of Lincoln Roman Catholic Church |
| 40. | St. Hyacinth Parish |

| 41. | St. Ignatius Loyola |
| 42. | St. James Roman Catholic Church |
| 43. | St. John of God |
| 44. | St. John the Evangelist |
| 45. | St. Joseph Roman Catholic Church |
| 46. | St. Jude Roman Catholic Church |
| 47. | St. Kilian Roman Catholic Church |
| 48. | St. Lawrence the Martyr Roman Catholic Church |
| 49. | St. Luke's Roman Catholic Church |
| 50. | St. Margaret of Scotland Church |
| 51. | St. Mary Roman Catholic Church |
| 52. | St. Patrick's Parish |
| 53. | St. Paul the Apostle Church |
| 54. | St. Philip Neri Roman Catholic Church |
| 55. | St. Raphael |
| 56. | St. Raymond's a/k/a The Parish Family of Saint Raymond of Penyafort |
| 57. | St. Sylvester Roman Catholic Church |
| 58. | St. Therese of Lisieux Roman Catholic Church |
| 59. | St. Thomas the Apostle Parish |
| 60. | St. Vincent de Paul Parish |
| 61. | The Roman Catholic Church of Christ the King |
| 62. | The Roman Catholic Church of St. Rose of Lima |

## Schedule 4

Document Requests

Documents that would otherwise be produced to plaintiffs in the underlying CVA Actions, including, but not limited to, relevant and non-privileged (subject to provision of a privilege log) personnel and assignment history records, and correspondence, letters, emails, reports, complaints, disciplinary records, and laicization documents, concerning allegations of abuse, for each individual accused of committing sexual abuse or facilitating the sexual abuse of any plaintiff in the underlying CVA Actions (each a "Subject Individual"); and all confidential documents, including the strictly confidential documents, maintained by the Bishop pursuant to *Crimen Sollicitationis* (Crime of Solicitation) (1962) (Instruction of the Supreme Sacred Congregation of the Holy Office) concerning a Subject Individual.