Objection Deadline: July 28, 2022 at 4:00 p.m. (Eastern Time)
Hearing Date: August 4, 2022 at 10:00 a.m. (Eastern Time)

JONES DAY
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
250 Vesey Street
New York, New York  10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

JONES DAY
Christopher DiPompeo (*pro hac vice*)
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone:  (202) 879-7686
Facsimile:  (202) 626-1700

*Counsel for the Debtor
and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re:* | : |
| | : |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : Case No. 20-12345 (MG) |
| | : |
| Debtor. | : |
| | : |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adv. Pro. No. 20-01226 |
| | : |
| ARK320 DOE, *et al.*,[2] | : |
| | : |
| Defendants. | : |

## NOTICE OF MOTION
## FOR PRELIMINARY INJUNCTION
## UNDER SECTIONS 362 AND 105(a) OF THE BANKRUPTCY CODE

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2] A full list of the Defendants in this adversary proceeding is included in Exhibit A to the Verified Complaint for Declaratory and Injunctive Relief [Adv. Pro. Docket No. 1].

**PLEASE TAKE NOTICE** that Plaintiff The Roman Catholic Diocese of Rockville Centre, New York (the "Debtor" or "DRVC"), upon the accompanying (i) memorandum of law, dated July 21, 2022; and (ii) the Declaration of Eric P. Stephens, dated July 21, 2022, the Declaration of Charles Moore, dated July 21, 2022, and the Declaration of Kenneth F. Porter, dated July 21, 2022, and the exhibits annexed thereto, hereby moves this Court under 11 U.S.C. §§ 362 and 105(a), and Rule 7065 of the Federal Rules of Bankruptcy Procedure, for an Order, substantially in the form attached hereto as **Exhibit A**, enjoining the prosecution of the claims identified in Exhibit A to the Debtor's memorandum of law.

**PLEASE TAKE FURTHER NOTICE** that:

1) Objections or oppositions, if any, to the relief sought by the Debtor be in writing and filed with the Court and served no later than July 28, 2022 at 4:00 p.m. (Eastern Time) (the "Objection Deadline");

2) A reply, if any, to objections timely filed must be in writing and filed with the Court and served no later than August 1, 2022 at 4:00 p.m. (Eastern Time) (the "Reply Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the motion (the "Hearing") by the Debtor has been proposed to be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Court") on August 4, 2022, at 10:00 a.m. (Eastern Time) or as soon thereafter as counsel may be heard (the "Hearing"). The Hearing will be a hybrid **Zoom/live** hearing, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY, in Courtroom 523.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before August 3, 2022, at 4:00 p.m. (prevailing Eastern Time).  After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing.  Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that some parties will be attending the Hearing in person.  All persons who enter the courthouse must be fully vaccinated, must present proof of vaccination status to court personnel, and must comply with General Order M-587, available at https://www.nysb.uscourts.gov/sites/default/files/m587.pdf.  Because courtroom capacity is limited, any person who wishes to appear in person must contact the Courtroom Deputy, Deanna Anderson, at mg.chambers@nysb.uscourts.gov by August 1, 2021, at 1:00 p.m. (prevailing Eastern Time) to request and coordinate an in-person appearance.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than the filing of a notice on the Court's electronic docket for this case or the announcement of such adjournment in open court.

*[Remainder of Page Intentionally Left Blank]*

-3-

Dated: July 21, 2022
    New York, New York

Respectfully submitted,

*/s/ Corinne Ball*
Corinne Ball
Todd Geremia
Benjamin Rosenblum
Andrew Butler
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email:  cball@jonesday.com
       trgeremia@jonesday.com
       brosenblum@jonesday.com
       abutler@jonesday.com

    -and-

Christopher J. DiPompeo (*pro hac vice* pending)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-7686
Facsimile: (202) 626-1700
Email: cdipompeo@jonesday.com

*Proposed Counsel for the Debtor and*
*Debtor in Possession*

-4-

**<u>EXHIBIT A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (MG) |
| Debtor. | |

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-01226 (MG) |
| ARK320 DOE, *et al.*,[1] | |
| Defendants. | |

## ORDER GRANTING THE DEBTOR'S
## MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the motion for an order (this "Order") and the accompanying

memorandum of law, dated July 21, 2022 (the "Memorandum of Law")[2] of the Debtor, as above-

captioned Plaintiff (the "Plaintiff") in the adversary proceeding commenced by the Verified

Complaint for Injunctive Relief (the "Complaint"), and as debtor and debtor in possession in the

above-captioned chapter 11 case, for entry of an order extending the stay to enjoin the

prosecution of the State Court Actions under sections 105 and 362 of title 11 of the United States

---

[1] A full list of the Defendants in this adversary proceeding is included in Exhibit A to the Verified Complaint for Declaratory and Injunctive Relief [Adv. Pro. Docket No. 1].

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Memorandum of Law.

Code (the "Bankruptcy Code") and Rule 7065 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"); the Court having reviewed and considered the Complaint, the Motion, the

briefs, declarations and other documents filed in support of the Motion, all other evidence and

argument submitted by the Plaintiff in support thereof, and all objections and replies thereto; and

due and proper notice of the Motion having been given, and no other or further notice being

necessary or required; and the Court having held a hearing; and after due deliberation and

sufficient cause appearing therefore; the Court finds and concludes as follows:

A.      The Plaintiff in this adversary proceeding is debtor The Roman Catholic Diocese

of Rockville Centre, New York. The Defendants in this adversary proceeding are those parties

listed in Exhibit A to the Complaint. The Defendants are all plaintiffs in lawsuits that seek to

hold the Debtor or the DRVC Related Parties liable in actions that include claims and/or causes

of action arising out of the plaintiffs' involvement or connection with the Debtor.

B.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

and the *Amended Standing Order of Reference from the United States District Court for the*

*Southern District of New York*, dated January 31, 2012. This is a core proceeding under 28

U.S.C. § 157(b)(2). The Debtor has confirmed its consent to the entry of a final order or

judgment by the Court if it is determined that the Court, absent consent of the parties, cannot

enter final order or judgments consistent with Article III of the United States Constitution. Venue

in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The legal and factual bases set forth in the Complaint, the Memorandum of Law,

and declarations in support thereof, other supporting papers, and at the hearing establish just cause

for the relief granted herein.

Based on these findings, **IT IS HEREBY ORDERED THAT:**

-2-

1.      The relief requested by the Debtor is GRANTED as set forth herein.

2.      Continued prosecution of the State Court Actions reflected in <u>Exhibit B</u> is hereby enjoined until  December 8, 2022  (such period, as may be extended by order of this Court, the "<u>Stay Period</u>").  Any applicable deadline for any action to be taken in any State Court Action is hereby tolled for the duration of the Stay Period.

3.      The Debtor is authorized to take all actions necessary or appropriate to carry out this Order.

4.      Nothing in this Order shall prevent the Debtor from seeking a further extension of the requested preliminary injunction (i) beyond the Stay Period, or (ii) to newly filed actions against the DRVC Related Parties after the date of this Order.

5.      Nothing in this Order shall affect, modify, or abrogate the automatic stay as to the Debtor under 11 U.S.C. § 362.

6.      This Order shall be promptly filed in the clerk's office and entered into the record.

7.      This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2022                    _____
       New York, NY                          THE HONORABLE MARTIN GLENN
                                             UNITED STATES BANKRUPTCY JUDGE

-3-

## **EXHIBIT B**

**(List of State Court Actions)**

## List of State Court Actions

|     | Plaintiff(s) | Index No. |
| --- | --- | --- |
| 1. | NAME ON FILE | 506103/2020 |
| 2. | NAME ON FILE | 506559/2020 |
| 3. | NAME ON FILE | 512125/2020 |
| 4. | NAME ON FILE | 512319/2020 |
| 5. | NAME ON FILE | 512833/2020 |
| 6. | NAME ON FILE | 513632/2020 |
| 7. | NAME ON FILE | 513885/2020 |
| 8. | NAME ON FILE | 515746/2020 |
| 9. | NAME ON FILE | 452564/2020 |
| 10. | NAME ON FILE | 517533/2020 |
| 11. | NAME ON FILE | 518025/2020 |
| 12. | NAME ON FILE | 518289/2020 |
| 13. | NAME ON FILE | 518726/2019 |
| 14. | NAME ON FILE | 519191/2019 |
| 15. | NAME ON FILE | 519862/2019 |
| 16. | NAME ON FILE | 522308/2019 |
| 17. | NAME ON FILE | 524748/2019 |
| 18. | NAME ON FILE | 526614/2019 |
| 19. | NAME ON FILE | 527922/2019 |
| 20. | NAME ON FILE | 600873/2020 |
| 21. | NAME ON FILE | 605941/2020 |
| 22. | NAME ON FILE | 606396/2020 |
| 23. | NAME ON FILE | 606672/2020 |
| 24. | NAME ON FILE | 606674/2020 |
| 25. | NAME ON FILE | 607467/2020 |
| 26. | NAME ON FILE | 607768/2020 |
| 27. | NAME ON FILE | 608381/2020 |
| 28. | NAME ON FILE | 609115/2020 |
| 29. | NAME ON FILE | 610600/2020 |
| 30. | NAME ON FILE | 611155/2019 |
| 31. | NAME ON FILE | 615903/2019 |
| 32. | NAME ON FILE | 617355/2019 |
| 33. | NAME ON FILE | 618528/2019 |
| 34. | NAME ON FILE | 618542/2019 |
| 35. | NAME ON FILE | 619881/2019 |
| 36. | NAME ON FILE | 620497/2019 |
| 37. | NAME ON FILE | 621553/2019 |
| 38. | NAME ON FILE | 624824/2019 |
| 39. | NAME ON FILE | 900001/2019 |
| 40. | NAME ON FILE | 900002/2019 |
| 41. | NAME ON FILE | 900002/2020 |
| 42. | NAME ON FILE | 900003/2019 |

|  | **Plaintiff(s)** | **Index No.** |
|---|---|---|
| 43. | NAME ON FILE | 900003/2020 |
| 44. | NAME ON FILE | 900004/2019 |
| 45. | NAME ON FILE | 900004/2020 |
| 46. | NAME ON FILE | 900043/2020 |
| 47. | NAME ON FILE | 900005/2019 |
| 48. | NAME ON FILE | 900006/2019 |
| 49. | NAME ON FILE | 900006/2020 |
| 50. | NAME ON FILE | 900007/2019 |
| 51. | NAME ON FILE | 900008/2019 |
| 52. | NAME ON FILE | 900008/2020 |
| 53. | NAME ON FILE | 900010/2019 |
| 54. | NAME ON FILE | 900010/2020 |
| 55. | NAME ON FILE | 900011/2019 |
| 56. | NAME ON FILE | 900011/2020 |
| 57. | NAME ON FILE | 900012/2019 |
| 58. | NAME ON FILE | 900012/2020 |
| 59. | NAME ON FILE | 900013/2019 |
| 60. | NAME ON FILE | 900013/2020 |
| 61. | NAME ON FILE | 900014/2019 |
| 62. | NAME ON FILE | 900014/2020 |
| 63. | NAME ON FILE | 900015/2019 |
| 64. | NAME ON FILE | 900015/2020 |
| 65. | NAME ON FILE | 900016/2019 |
| 66. | NAME ON FILE | 900017/2019 |
| 67. | NAME ON FILE | 900017/2020 |
| 68. | NAME ON FILE | 900018/2020 |
| 69. | NAME ON FILE | 900019/2019 |
| 70. | NAME ON FILE | 900020/2019 |
| 71. | NAME ON FILE | 900021/2019 |
| 72. | NAME ON FILE | 900022/2019 |
| 73. | NAME ON FILE | 900022/2020 |
| 74. | NAME ON FILE | 900024/2019 |
| 75. | NAME ON FILE | 900025/2019 |
| 76. | NAME ON FILE | 900027/2019 |
| 77. | NAME ON FILE | 900028/2019 |
| 78. | NAME ON FILE | 900029/2019 |
| 79. | NAME ON FILE | 900029/2020 |
| 80. | NAME ON FILE | 900030/2020 |
| 81. | NAME ON FILE | 900031/2019 |
| 82. | NAME ON FILE | 900031/2020 |
| 83. | NAME ON FILE | 900032/2019 |
| 84. | NAME ON FILE | 900032/2020 |
| 85. | NAME ON FILE | 900033/2020 |

|       | Plaintiff(s)   | Index No.     |
| ----- | -------------- | ------------- |
| 86.   | NAME ON FILE   | 900035/2019   |
| 87.   | NAME ON FILE   | 900036/2019   |
| 88.   | NAME ON FILE   | 900036/2020   |
| 89.   | NAME ON FILE   | 900037/2019   |
| 90.   | NAME ON FILE   | 900039/2019   |
| 91.   | NAME ON FILE   | 900040/2019   |
| 92.   | NAME ON FILE   | 900041/2019   |
| 93.   | NAME ON FILE   | 900041/2020   |
| 94.   | NAME ON FILE   | 900042/2019   |
| 95.   | NAME ON FILE   | 900044/2020   |
| 96.   | NAME ON FILE   | 900045/2019   |
| 97.   | NAME ON FILE   | 900045/2020   |
| 98.   | NAME ON FILE   | 900046/2019   |
| 99.   | NAME ON FILE   | 900046/2020   |
| 100.  | NAME ON FILE   | 900047/2020   |
| 101.  | NAME ON FILE   | 900048/2019   |
| 102.  | NAME ON FILE   | 900048/2020   |
| 103.  | NAME ON FILE   | 900050/2019   |
| 104.  | NAME ON FILE   | 900050/2020   |
| 105.  | NAME ON FILE   | 900051/2019   |
| 106.  | NAME ON FILE   | 900051/2020   |
| 107.  | NAME ON FILE   | 900052/2019   |
| 108.  | NAME ON FILE   | 900052/2020   |
| 109.  | NAME ON FILE   | 900053/2019   |
| 110.  | NAME ON FILE   | 900053/2020   |
| 111.  | NAME ON FILE   | 900054/2019   |
| 112.  | NAME ON FILE   | 900054/2020   |
| 113.  | NAME ON FILE   | 900055/2020   |
| 114.  | NAME ON FILE   | 900056/2020   |
| 115.  | NAME ON FILE   | 900057/2019   |
| 116.  | NAME ON FILE   | 900057/2020   |
| 117.  | NAME ON FILE   | 900058/2020   |
| 118.  | NAME ON FILE   | 900059/2020   |
| 119.  | NAME ON FILE   | 900060/2020   |
| 120.  | NAME ON FILE   | 900061/2020   |
| 121.  | NAME ON FILE   | 900062/2020   |
| 122.  | NAME ON FILE   | 900063/2020   |
| 123.  | NAME ON FILE   | 900064/2019   |
| 124.  | NAME ON FILE   | 900064/2020   |
| 125.  | NAME ON FILE   | 900065/2020   |
| 126.  | NAME ON FILE   | 900066/2020   |
| 127.  | NAME ON FILE   | 900067/2020   |
| 128.  | NAME ON FILE   | 900068/2019   |

|  | **Plaintiff(s)** | **Index No.** |
|---|---|---|
| 129. | NAME ON FILE | 900068/2020 |
| 130. | NAME ON FILE | 900069/2019 |
| 131. | NAME ON FILE | 900069/2020 |
| 132. | NAME ON FILE | 900070/2019 |
| 133. | NAME ON FILE | 900070/2020 |
| 134. | NAME ON FILE | 900071/2019 |
| 135. | NAME ON FILE | 900071/2020 |
| 136. | NAME ON FILE | 900072/2019 |
| 137. | NAME ON FILE | 900072/2020 |
| 138. | NAME ON FILE | 900073/2019 |
| 139. | NAME ON FILE | 900073/2020 |
| 140. | NAME ON FILE | 900074/2020 |
| 141. | NAME ON FILE | 900075/2020 |
| 142. | NAME ON FILE | 900076/2020 |
| 143. | NAME ON FILE | 900077/2020 |
| 144. | NAME ON FILE | 900078/2020 |
| 145. | NAME ON FILE | 900079/2020 |
| 146. | NAME ON FILE | 900080/2020 |
| 147. | NAME ON FILE | 900081/2020 |
| 148. | NAME ON FILE | 900084/2020 |
| 149. | NAME ON FILE | 900085/2020 |
| 150. | NAME ON FILE | 900086/2020 |
| 151. | NAME ON FILE | 900087/2020 |
| 152. | NAME ON FILE | 900094/2020 |
| 153. | NAME ON FILE | 900095/2020 |
| 154. | NAME ON FILE | 900099/2020 |
| 155. | NAME ON FILE | 900101/2020 |
| 156. | NAME ON FILE | 900102/2020 |
| 157. | NAME ON FILE | 900103/2020 |
| 158. | NAME ON FILE | 900105/2020 |
| 159. | NAME ON FILE | 900107/2020 |
| 160. | NAME ON FILE | 900109/2020 |
| 161. | NAME ON FILE | 900110/2020 |
| 162. | NAME ON FILE | 900111/2020 |
| 163. | NAME ON FILE | 900112/2020 |
| 164. | NAME ON FILE | 900113/2020 |
| 165. | NAME ON FILE | 900114/2020 |
| 166. | NAME ON FILE | 900115/2020 |
| 167. | NAME ON FILE | 900117/2020 |
| 168. | NAME ON FILE | 900118/2020 |
| 169. | NAME ON FILE | 900119/2020 |
| 170. | NAME ON FILE | 900120/2020 |
| 171. | NAME ON FILE | 900121/2020 |

|      | Plaintiff(s)  | Index No.    |
|------|---------------|--------------|
| 172. | NAME ON FILE  | 900122/2020  |
| 173. | NAME ON FILE  | 900124/2020  |
| 174. | NAME ON FILE  | 900125/2020  |
| 175. | NAME ON FILE  | 900126/2020  |
| 176. | NAME ON FILE  | 900127/2020  |
| 177. | NAME ON FILE  | 900128/2020  |
| 178. | NAME ON FILE  | 900129/2020  |
| 179. | NAME ON FILE  | 900130/2020  |
| 180. | NAME ON FILE  | 900131/2020  |
| 181. | NAME ON FILE  | 900132/2020  |
| 182. | NAME ON FILE  | 900133/2020  |
| 183. | NAME ON FILE  | 900134/2020  |
| 184. | NAME ON FILE  | 900135/2020  |
| 185. | NAME ON FILE  | 900136/2020  |
| 186. | NAME ON FILE  | 900137/2020  |
| 187. | NAME ON FILE  | 900138/2020  |
| 188. | NAME ON FILE  | 900139/2020  |
| 189. | NAME ON FILE  | 900143/2020  |
| 190. | NAME ON FILE  | 900145/2020  |
| 191. | NAME ON FILE  | 900149/2020  |
| 192. | NAME ON FILE  | 900150/2020  |
| 193. | NAME ON FILE  | 900152/2020  |
| 194. | NAME ON FILE  | 900153/2020  |
| 195. | NAME ON FILE  | 900165/2020  |
| 196. | NAME ON FILE  | 900168/2020  |
| 197. | NAME ON FILE  | 900170/2020  |
| 198. | NAME ON FILE  | 900171/2020  |
| 199. | NAME ON FILE  | 900172/2020  |
| 200. | NAME ON FILE  | 900173/2020  |
| 201. | NAME ON FILE  | 900174/2020  |
| 202. | NAME ON FILE  | 950002/2019  |
| 203. | NAME ON FILE  | 950167/2019  |
| 204. | NAME ON FILE  | 950169/2019  |
| 205. | NAME ON FILE  | 950229/2020  |
| 206. | NAME ON FILE  | 950245/2020  |
| 207. | NAME ON FILE  | 950535/2020  |
| 208. | NAME ON FILE  | 950642/2020  |
| 209. | NAME ON FILE  | 950685/2020  |
| 210. | NAME ON FILE  | 614160/2020  |
| 211. | NAME ON FILE  | 900001/2021  |
| 212. | NAME ON FILE  | RESERVED     |
| 213. | NAME ON FILE  | 900006/2021  |
| 214. | NAME ON FILE  | 900007/2021  |

| | Plaintiff(s) | Index No. |
|---|---|---|
| 215. | NAME ON FILE | 900008/2021 |
| 216. | NAME ON FILE | 900030/2019 |
| 217. | NAME ON FILE | 618005/2020 |
| 218. | NAME ON FILE | 603159/2021 |
| 219. | NAME ON FILE | 600406/2015 |
| 220. | NAME ON FILE | 613879/2018 |
| 221. | NAME ON FILE | 613853/2017 |
| 222. | NAME ON FILE | 515579/2020 |
| 223. | NAME ON FILE | 513592/2020 |
| 224. | NAME ON FILE | 513586/2020 |
| 225. | NAME ON FILE | 609397/2019 |
| 226. | NAME ON FILE | 900016/2021 |
| 227. | NAME ON FILE | 900015/2021 |
| 228. | NAME ON FILE | 900010/2021 |
| 229. | NAME ON FILE | 900011/2021 |
| 230. | NAME ON FILE | 900017/2021 |
| 231. | NAME ON FILE | 900029/2021 |
| 232. | NAME ON FILE | 510647/2021 |
| 233. | NAME ON FILE | 900037/2021 |
| 234. | NAME ON FILE | 900036/2021 |
| 235. | NAME ON FILE | 900042/2021 |
| 236. | NAME ON FILE | 900041/2021 |
| 237. | NAME ON FILE | 900040/2021 |
| 238. | NAME ON FILE | 70043/2021E |
| 239. | NAME ON FILE | 606441/2021 |
| 240. | NAME ON FILE | 610846/2021 |
| 241. | NAME ON FILE | RESERVED |
| 242. | NAME ON FILE | 900055/2021 |
| 243. | NAME ON FILE | 900057/2021 |
| 244. | NAME ON FILE | 508122/2021 |
| 245. | NAME ON FILE | RESERVED |
| 246. | NAME ON FILE | 900061/2021 |
| 247. | NAME ON FILE | 900050/2021 |
| 248. | NAME ON FILE | 900048/2021 |
| 249. | NAME ON FILE | 900044/2021 |
| 250. | NAME ON FILE | 900047/2021 |
| 251. | NAME ON FILE | 900060/2021 |
| 252. | NAME ON FILE | 900034/2021 |
| 253. | NAME ON FILE | 900064/2021 |
| 254. | NAME ON FILE | 900069/2021 |
| 255. | NAME ON FILE | 514079/2021 |
| 256. | NAME ON FILE | 514064/2021 |
| 257. | NAME ON FILE | 900035/2021 |

|      | Plaintiff(s)    | Index No.    |
|------|-----------------|--------------|
| 258. | NAME ON FILE    | 611047/2021  |
| 259. | NAME ON FILE    | 610249/2021  |
| 260. | NAME ON FILE    | 610244/2021  |
| 261. | NAME ON FILE    | 610938/2021  |
| 262. | NAME ON FILE    | 610245/2021  |
| 263. | NAME ON FILE    | 610849/2021  |
| 264. | NAME ON FILE    | 610237/2021  |
| 265. | NAME ON FILE    | 610228/2021  |
| 266. | NAME ON FILE    | 610406/2021  |
| 267. | NAME ON FILE    | 900024/2021  |
| 268. | NAME ON FILE    | 610036/2021  |
| 269. | NAME ON FILE    | RESERVED     |
| 270. | NAME ON FILE    | 900058/2021  |
| 271. | NAME ON FILE    | 611337/2021  |
| 272. | NAME ON FILE    | 900073/2021  |
| 273. | NAME ON FILE    | 900075/2021  |
| 274. | NAME ON FILE    | 900078/2021  |
| 275. | NAME ON FILE    | 900079/2021  |
| 276. | NAME ON FILE    | 900080/2021  |
| 277. | NAME ON FILE    | 900096/2021  |
| 278. | NAME ON FILE    | 900088/2021  |
| 279. | NAME ON FILE    | 900095/2021  |
| 280. | NAME ON FILE    | 900090/2021  |
| 281. | NAME ON FILE    | 900092/2021  |
| 282. | NAME ON FILE    | 900097/2021  |
| 283. | NAME ON FILE    | 900093/2021  |
| 284. | NAME ON FILE    | 900089/2021  |
| 285. | NAME ON FILE    | 900086/2021  |
| 286. | NAME ON FILE    | 900087/2021  |
| 287. | NAME ON FILE    | 900091/2021  |
| 288. | NAME ON FILE    | 900099/2021  |
| 289. | NAME ON FILE    | 612686/2021  |
| 290. | NAME ON FILE    | 513591/2020  |
| 291. | NAME ON FILE    | 400094/2021  |
| 292. | NAME ON FILE    | 900102/2021  |
| 293. | NAME ON FILE    | 900105/2021  |
| 294. | NAME ON FILE    | 612520/2021  |
| 295. | NAME ON FILE    | 613012/2021  |
| 296. | NAME ON FILE    | 613013/2021  |
| 297. | NAME ON FILE    | 900094/2021  |
| 298. | NAME ON FILE    | 613014/2021  |
| 299. | NAME ON FILE    | 900110/2021  |
| 300. | NAME ON FILE    | 613020/2021  |

|      | **Plaintiff(s)** | **Index No.** |
|------|------------------|---------------|
| 301. | NAME ON FILE     | 900113/2021   |
| 302. | NAME ON FILE     | 613213/2021   |
| 303. | NAME ON FILE     | 900121/2021   |
| 304. | NAME ON FILE     | 613430/2021   |
| 305. | NAME ON FILE     | 900104/2021   |
| 306. | NAME ON FILE     | 900125/2021   |
| 307. | NAME ON FILE     | 900126/2021   |
| 308. | NAME ON FILE     | 900127/2021   |
| 309. | NAME ON FILE     | 900128/2021   |
| 310. | NAME ON FILE     | 613335/2021   |
| 311. | NAME ON FILE     | 900123/2021   |
| 312. | NAME ON FILE     | 900122/2021   |
| 313. | NAME ON FILE     | 900130/2021   |
| 314. | NAME ON FILE     | 900133/2021   |
| 315. | NAME ON FILE     | 900132/2021   |
| 316. | NAME ON FILE     | 900134/2021   |
| 317. | NAME ON FILE     | 900135/2021   |
| 318. | NAME ON FILE     | 900137/2021   |
| 319. | NAME ON FILE     | 900138/2021   |
| 320. | NAME ON FILE     | 900139/2021   |
| 321. | NAME ON FILE     | 613730/2021   |
| 322. | NAME ON FILE     | 613731/2021   |
| 323. | NAME ON FILE     | 900141/2021   |
| 324. | NAME ON FILE     | 900142/2021   |
| 325. | NAME ON FILE     | 900146/2021   |
| 326. | NAME ON FILE     | 900144/2021   |
| 327. | NAME ON FILE     | 900145/2021   |
| 328. | NAME ON FILE     | 900147/2021   |
| 329. | NAME ON FILE     | 900148/2021   |
| 330. | NAME ON FILE     | 900149/2021   |
| 331. | NAME ON FILE     | 900150/2021   |
| 332. | NAME ON FILE     | 900103/2021   |
| 333. | NAME ON FILE     | 900136/2021   |
| 334. | NAME ON FILE     | 900159/2021   |
| 335. | NAME ON FILE     | 613015/2021   |
| 336. | NAME ON FILE     | 900160/2021   |
| 337. | NAME ON FILE     | 614399/2021   |
| 338. | NAME ON FILE     | 614400/2021   |
| 339. | NAME ON FILE     | 614401/2021   |
| 340. | NAME ON FILE     | 614402/2021   |
| 341. | NAME ON FILE     | 900166/2021   |
| 342. | NAME ON FILE     | 900168/2021   |
| 343. | NAME ON FILE     | 613957/2021   |

|      | **Plaintiff(s)** | **Index No.** |
|------|------------------|---------------|
| 344. | NAME ON FILE | 518563/2021 |
| 345. | NAME ON FILE | 614403/2021 |
| 346. | NAME ON FILE | 614404/2021 |
| 347. | NAME ON FILE | 614405/2021 |
| 348. | NAME ON FILE | 614406/2021 |
| 349. | NAME ON FILE | 900169/2021 |
| 350. | NAME ON FILE | 900170/2021 |
| 351. | NAME ON FILE | 900175/2021 |
| 352. | NAME ON FILE | 900180/2021 |
| 353. | NAME ON FILE | 900171/2021 |
| 354. | NAME ON FILE | 900172/2021 |
| 355. | NAME ON FILE | 900174/2021 |
| 356. | NAME ON FILE | 900176/2021 |
| 357. | NAME ON FILE | 900177/2021 |
| 358. | NAME ON FILE | 900178/2021 |
| 359. | NAME ON FILE | 900227/2021 |
| 360. | NAME ON FILE | 900196/2021 |
| 361. | NAME ON FILE | 400195/2021 |
| 362. | NAME ON FILE | 900181/2021 |
| 363. | NAME ON FILE | 900179/2021 |
| 364. | NAME ON FILE | 900182/2021 |
| 365. | NAME ON FILE | 518595/2021 |
| 366. | NAME ON FILE | 519459/2021 |
| 367. | NAME ON FILE | 614442/2021 |
| 368. | NAME ON FILE | 614654/2021 |
| 369. | NAME ON FILE | 614747/2021 |
| 370. | NAME ON FILE | 614751/2021 |
| 371. | NAME ON FILE | 614918/2021 |
| 372. | NAME ON FILE | 614919/2021 |
| 373. | NAME ON FILE | 614922/2021 |
| 374. | NAME ON FILE | 900187/2021 |
| 375. | NAME ON FILE | 900202/2021 |
| 376. | NAME ON FILE | 900204/2021 |
| 377. | NAME ON FILE | 900208/2021 |
| 378. | NAME ON FILE | 900209/2021 |
| 379. | NAME ON FILE | 900213/2021 |
| 380. | NAME ON FILE | 900217/2021 |
| 381. | NAME ON FILE | 900222/2021 |
| 382. | NAME ON FILE | 900192/2021 |
| 383. | NAME ON FILE | 614526/2021 |
| 384. | NAME ON FILE | 900183/2021 |
| 385. | NAME ON FILE | 900184/2021 |
| 386. | NAME ON FILE | 900185/2021 |

|  | **Plaintiff(s)** | **Index No.** |
|---|---|---|
| 387. | NAME ON FILE | 900190/2021 |
| 388. | NAME ON FILE | 900193/2021 |
| 389. | NAME ON FILE | 900195/2021 |
| 390. | NAME ON FILE | 900198/2021 |
| 391. | NAME ON FILE | 614752/2021 |
| 392. | NAME ON FILE | 900212/2021 |
| 393. | NAME ON FILE | 900211/2021 |
| 394. | NAME ON FILE | 900210/2021 |
| 395. | NAME ON FILE | 614911/2021 |
| 396. | NAME ON FILE | 518736/2021 |
| 397. | NAME ON FILE | 900225/2021 |
| 398. | NAME ON FILE | 900229/2021 |
| 399. | NAME ON FILE | 900230/2021 |
| 400. | NAME ON FILE | 900232/2021 |
| 401. | NAME ON FILE | 615146/2021 |
| 402. | NAME ON FILE | 614921/2021 |
| 403. | NAME ON FILE | 900242/2021 |
| 404. | NAME ON FILE | 900112/2021 |
| 405. | NAME ON FILE | 900129/2021 |
| 406. | NAME ON FILE | 900221/2021 |
| 407. | NAME ON FILE | 615121/2021 |
| 408. | NAME ON FILE | 615122/2021 |
| 409. | NAME ON FILE | 615134/2021 |
| 410. | NAME ON FILE | 615135/2021 |
| 411. | NAME ON FILE | 900235/2021 |
| 412. | NAME ON FILE | 900245/2021 |
| 413. | NAME ON FILE | 900246/2021 |
| 414. | NAME ON FILE | 951014/2021 |
| 415. | NAME ON FILE | 615133/2021 |
| 416. | NAME ON FILE | 900262/2021 |
| 417. | NAME ON FILE | 900269/2021 |
| 418. | NAME ON FILE | 900271/2021 |
| 419. | NAME ON FILE | 900275/2021 |
| 420. | NAME ON FILE | 900277/2021 |
| 421. | NAME ON FILE | 900265/2021 |
| 422. | NAME ON FILE | 615333/2021 |
| 423. | NAME ON FILE | 900286/2021 |
| 424. | NAME ON FILE | 900289/2021 |
| 425. | NAME ON FILE | 900303/2021 |
| 426. | NAME ON FILE | 900298/2021 |
| 427. | NAME ON FILE | RESERVED |
| 428. | NAME ON FILE | 900301/2021 |
| 429. | NAME ON FILE | 900305/2021 |

|      | Plaintiff(s)  | Index No.     |
| ---- | ------------- | ------------- |
| 430. | NAME ON FILE  | 900351/2021   |
| 431. | NAME ON FILE  | 615422/2021   |
| 432. | NAME ON FILE  | 900307/2021   |
| 433. | NAME ON FILE  | 900366/2021   |
| 434. | NAME ON FILE  | 520225/2021   |
| 435. | NAME ON FILE  | 951198/2021   |
| 436. | NAME ON FILE  | 614848/2021   |
| 437. | NAME ON FILE  | 900313/2021   |
| 438. | NAME ON FILE  | 900312/2021   |
| 439. | NAME ON FILE  | 900314/2021   |
| 440. | NAME ON FILE  | 615522/2021   |
| 441. | NAME ON FILE  | 615525/2021   |
| 442. | NAME ON FILE  | 615528/2021   |
| 443. | NAME ON FILE  | 615542/2021   |
| 444. | NAME ON FILE  | 900344/2021   |
| 445. | NAME ON FILE  | 900345/2021   |
| 446. | NAME ON FILE  | 900348/2021   |
| 447. | NAME ON FILE  | 900353/2021   |
| 448. | NAME ON FILE  | 900308/2021   |
| 449. | NAME ON FILE  | 900309/2021   |
| 450. | NAME ON FILE  | 900362/2021   |
| 451. | NAME ON FILE  | 900363/2021   |
| 452. | NAME ON FILE  | 900369/2021   |
| 453. | NAME ON FILE  | 900380/2021   |
| 454. | NAME ON FILE  | 900389/2021   |
| 455. | NAME ON FILE  | 900378/2021   |
| 456. | NAME ON FILE  | 900377/2021   |
| 457. | NAME ON FILE  | 900393/2021   |
| 458. | NAME ON FILE  | 900391/2021   |
| 459. | NAME ON FILE  | 900189/2021   |
| 460. | NAME ON FILE  | 900390/2021   |
| 461. | NAME ON FILE  | 900386/2021   |
| 462. | NAME ON FILE  | 900387/2021   |
| 463. | NAME ON FILE  | 900388/2021   |
| 464. | NAME ON FILE  | 900385/2021   |
| 465. | NAME ON FILE  | 900384/2021   |
| 466. | NAME ON FILE  | 900383/2021   |
| 467. | NAME ON FILE  | 900381/2021   |
| 468. | NAME ON FILE  | 900374/2021   |
| 469. | NAME ON FILE  | 900357/2021   |
| 470. | NAME ON FILE  | 900358/2021   |
| 471. | NAME ON FILE  | 900394/2021   |
| 472. | NAME ON FILE  | 900395/2021   |

|  | **Plaintiff(s)** | **Index No.** |
|---|---|---|
| 473. | NAME ON FILE | 900396/2021 |
| 474. | NAME ON FILE | 900398/2021 |
| 475. | NAME ON FILE | 900397/2021 |
| 476. | NAME ON FILE | 900402/2021 |
| 477. | NAME ON FILE | 900401/2021 |
| 478. | NAME ON FILE | 900163/2021 |
| 479. | NAME ON FILE | 900294/2021 |
| 480. | NAME ON FILE | 900131/2021 |
| 481. | NAME ON FILE | 900364/2021 |
| 482. | NAME ON FILE | 519751/2021 |
| 483. | NAME ON FILE | 900220/2021 |
| 484. | NAME ON FILE | 900116/2021 |
| 485. | NAME ON FILE | 900403/2021 |
| 486. | NAME ON FILE | 900116/2020 |
| 487. | NAME ON FILE | 900081/2021 |
| 488. | NAME ON FILE | RESERVED |
| 489. | NAME ON FILE | 514631/2021 |
| 490. | NAME ON FILE | 951159/2021 |
| 491. | NAME ON FILE | 951160/2021 |
| 492. | NAME ON FILE | 520085/2021 |
| 493. | NAME ON FILE | 520003/2021 |
| 494. | NAME ON FILE | 520779/2021 |
| 495. | NAME ON FILE | 951389/2021 |
| 496. | NAME ON FILE | 900191/2021 |
| 497. | NAME ON FILE | 602850/2016 |
| 498. | NAME ON FILE | 900259/2021 |
| 499. | NAME ON FILE | 900260/2021 |
| 500. | NAME ON FILE | 900261/2021 |
| 501. | NAME ON FILE | 900264/2021 |
| 502. | NAME ON FILE | 616239/2021 |
| 503. | NAME ON FILE | 951246/2021 |
| 504. | NAME ON FILE | 970001/2021 |
| 505. | NAME ON FILE | 950946/2021 |
| 506. | NAME ON FILE | 400091/2021 |