James I. Stang, Esq.
Kenneth Brown, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  jstang@pszjlaw.com
          kbrown@pszjlaw.com
          kdine@pszjlaw.com
          bmichael@pszjlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 20-12345 (SCC) |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Chapter 11 |
| Debtor. | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Adv. No. 20-01226 (MG) |
| Plaintiff, | |
| v. | |
| ARK320 DOE, *et al.*, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF [PROPOSED] STIPULATED SCHEDULING ORDER
WITH RESPECT TO DEBTOR'S MOTION FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors, by and

through its undersigned counsel, hereby withdraws the *[PROPOSED] STIPULATED*

*SCHEDULING ORDER WITH RESPECT TO DEBTOR'S MOTION FOR PRELIMINARY*

1

*INJUNCTION UNDER SECTIONS 362 AND 105(a) OF THE BANKRUPTCY CODE Date*, filed pursuant to Notice of Presentment on August 31, 2022 [Docket No. 139].

| | |
|---|---|
| Dated: September 14, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Karen B. Dine* |
| | James I. Stang, Esq. |
| | Kenneth Brown, Esq. |
| | Karen B. Dine, Esq. |
| | Brittany M. Michael, Esq. |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |
| | Telephone:    (212) 561-7700 |
| | Facsimile:     (212) 561-7777 |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |