**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (SCC) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) ) | Adv. No. 20-01226 (SCC) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ARK320 DOE, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| COUNTY OF HARRIS | ) |

I, Kerri LaBrada, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 440 Louisiana Street, Suite 900, Houston, Texas 77002.

On September 14, 2022, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail and First Class US Mail upon the parties on the service list annexed hereto as **Exhibit 1**:

> *Notice of Withdrawal of [Proposed] Stipulated Scheduling Order With Respect to Debtor's Motion for Preliminary Injunction* [Docket No. 142].

    */s/ Kerri LaBrada*
    Kerri LaBrada

## **EXHIBIT 1**

<u>By Mail:</u>
DELL & DEAN PLLC
ATTN: JOSEPH G. DELL
1225 FRANKLIN AVE., STE. 450
GARDEN CITY, NY 11530

**BY ELECTRONIC MAIL:**

| Firm | Attorney | Attorney email |
|---|---|---|
| Andreozzi & Foote | Benjamin D. Andreozzi | ben@victimscivilattorneys.com; |
| Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson | Jeff@AndersonAdvocates.com; |
| Jeff Anderson & Associates, P.A. | J. Michael Reck | MReck@AndersonAdvocates.com; |
| Jeff Anderson & Associates, P.A. | Nahid A. Shaikh | nahid@andersonadvocates.com; |
| Jeff Anderson & Associates, P.A. | Patrick Stoneking | PStoneking@AndersonAdvocates.com; |
| Jeff Anderson & Associates, P.A. | Trusha Goffe | Trusha@AndersonAdvocates.com; |
| Law Offices of Mitchell Garabedian | Mitchell Garabedian | mgarabedian@garabedianlaw.com; |
| Law Offices of Mitchell Garabedian | William Gordon | wgordon@garabedianlaw.com; |
| PFAU Cochran Vertestis Amala PLLC | Jason Amala | jason@pcvalaw.com; |
| PFAU Cochran Vertestis Amala PLLC | Michael T. Pfau | michael@pcvalaw.com; |
| Barasch & McGarry | Bruce Kaye | bruce@firelaw.com; |
| Barasch & McGarry | Dana Cohen | dana@firelaw.com; |
| Barasch & McGarry | Dominique Pension | dom@firelaw.com; |
| Betti & Associates | Michele M. Betti | mbettilaw@gmail.com; |
| Brian J. Davis, P.C. | Brian J. Davis | briandavis@bjdpc.com; |
| Buttafuoco & Associates, PLLC | Ellen Buccholz | ebwrite@aol.com; |
| Buttafuoco & Associates, PLLC | James S. McCarthy | jmccarthylaw@gmail.com; |
| Certain & Zilberg | Gary Certain | gcertain@certainlaw.com; |
| Certain & Zilberg | Michael Zilberg | mzilberg@certainlaw.com; |
| Dell & Dean PLLC | J. Dell | jdell@d2triallaw.com; |
| Dell & Dean PLLC | Joshua M. Weinstock | jweinstock@d2triallaw.com; |
| Desimone & Associates, LLC | Ralph DeSimone | rdesimone@dlaw.net; |
| Eisenberg & Baum LLP | Eric M. Baum | ebaum@eandblaw.com; |
| Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf | Rachel L. Jacobs | rjacobs@gairgair.com; |
| Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf | Peter Saghir | psaghir@gairgair.com; |
| Hach Rose Schirippa & Cheverie | Hillary Nappi | hnappi@hrsclaw.com; |
| Hamburger, Maxson, Yaffe & McNally, LLP | Douglas McNally | dmcnally@hmylaw.com; |
| Hamburger, Maxson, Yaffe & McNally, LLP | David Yaffe | dyaffe@hmylaw.com; |
| Hamburger, Maxson, Yaffe & McNally, LLP | Richard Hamburger | rhamburger@hmylaw.com; |
| Herman Law | Daniel Ellis | dellis@hermanlaw.com; |
| Herman Law | Jeff Herman | jherman@hermanlaw.com; |
| Herman Law | Jason Sandler | jsandler@hermanlaw.com; |
| Herman Law | Stuart Mermelstein | smermelstein@hermanlaw.com; |
| Herman Law Firm, P.A. | Jeffrey Herman, Esq. | jherman@hermanlaw.com |
| Herman Law Firm, P.A. | Stuart Mermelstein, Esq. | smermelstein@hermanlaw.com |
| Hurley McKenna & Mertz P.C | Mark McKenna | mmckenna@hurley-law.com; |
| Hurley McKenna & Mertz P.C. | Christopher Hurley | churley@hurley-law.com; |
| Hurley McKenna & Mertz P.C. | Evan Smola | esmola@hurley-law.com; |
| James, Vernon & Weeks, P.A. | Craig Vernon | cvernon@jvwlaw.net; |
| James, Vernon & Weeks, P.A. | Leander L. James | ljames@jvwlaw.net; |
| Janet, Janet & Suggs LLC | Andrew S. Janet | asjanet@jjsjustice.com; |
| Janet, Janet & Suggs, LLC | Brenda Harkavy | bharkavy@jjsjustice.com; |
| Kelner and Kelner | Brian Hurley | bhurley@kelnerlaw.com |
| Laura A. Ahearn | Laura A. Ahearn | lahearn@lauraahearn.com; |
| Law Offices of Ronald J. Kim, PC | Ronald Kim | ron@ronaldkimlaw.com; |
| Leeds Brown Law P.c. | Aaron Ferri | aferri@leedsbrownlaw.com |
| Levy Konigsberg, LLP | Helene M. Weiss | hweiss@levylaw.com; |
| Levy Konigsberg, LLP | Vara Lyons | vlyons@levylaw.com; |
| Marsh Law Firm PLLC | James R. Marsh | jamesmarsh@marsh.law; |
| Marsh Law Firm PLLC | James R. Marsh | jamesmarsh@marshlaw.us; |
| Marsh Law Firm PLLC | Jennifer Freeman | jenniferfreeman@marsh.law; |
| Marsh Law Firm PLLC | Jennifer Freeman | jenniferfreeman@marshlaw.us; |
| Marsh Law Firm PLLC | Robert Lewis | robertlewis@marsh.law; |
| Merson Law PLLC | Jordan K. Merson | jmerson@mersonlaw.com; |

| | | |
|---|---|---|
| Michael Dowd | Michael Dowd | michaelgdowd@gmail.com; |
| Parker Waichman LLP | Brett Zekowski | bzekowski@yourlawyer.com; |
| Patrick Noaker, Noaker Law Firm, LLC | Patrick Noaker | patrick@noakerlaw.com; |
| PFAU Cochran Vertetis Amala PLLC | Anelga Doumanian | adoumanian@pcvalaw.com; |
| PFAU Cochran Vertetis Amala PLLC | Vincent Nappo | vnappo@pcvalaw.com; |
| Phillips & Paolicelli, LLP | Daniel J. Woodard | dwoodard@p2law.com; |
| Phillips & Paolicelli, LLP | Yitzchak Fogel | yfogel@p2law.com; |
| Phillips & Paolicelli, LLP | Michael Deruve | mderuve@p2law.com; |
| Phillips & Paolicelli, LLP | Diane Paolicelli | dpaolicelli@p2law.com; |
| Rheingold Giuffra Ruffo & Plotkin LL | Edward Ruffo | eruffo@Rheingoldlaw.com; |
| Rheingold Giuffra Ruffo & Plotkin LLP | Jeremy Hellman | jhellman@rheingoldlaw.com; |
| Rheingold Giuffra Ruffo & Plotkin LLP | Thomas Giuffra | tgiuffra@Rheingoldlaw.com; |
| Rivkin Radler LLP | Michael A. Kotula | michael.kotula@rivkin.com |
| Romano & Associates | Michael J. Romano | mjr@romanofirm.com; |
| Russo, Karl, Widmaier & Cordano PLLC | Christopher Gerace | cg@rkwclaw.com; |
| Silberstein, Awad & Miklos, P.C. | Michael Lauterborn | mlauterborn13@gmail.com; |
| Simmons Hanly Conroy LLC | Andrea Bierstein | abierstein@simmonsfirm.com; |
| Simmons Hanly Conroy LLC | Jayne Conroy | jconroy@simmonsfirm.com; |
| Simmons Hanly Conroy LLC | Paul J. Hanly, Jr | phanly@simmonsfirm.com; |
| Simmons Hanly Conroy LLC | Trent Miracle | tmiracle@simmonsfirm.com; |
| Slater Slater Schulman LLP | Adam Slater | aslater@sssfirm.com; |
| Slater Slater Schulman LLP | Linc Leder | lleder@sssfirm.com; |
| Sullivan Papain Block McGrath & Cannavo P.C. | Eric K. Schwarz | Eschwarz@triallaw1.com; |
| Sweeney, Recih & Bolz, LLP | Gerard Sweeney | gsweeney@srblawfirm.com; |
| The Law Office of Joshua W. Skillman | Joshua W. Skillman | josh@skillmanlaw.nyc; |
| The Zalkin Law Firm, P.C. | Alex Zalkin | alex@zalkin.com; |
| The Zalkin Law Firm, P.C. | Devin Storey | dms@zalkin.com; |
| The Zalkin Law Firm, P.C. | Elizabeth Cate | elizabeth@zalkin.com; |
| The Zalkin Law Firm, P.C. | Irwin Zalkin | irwin@zalkin.com; |
| Tolmage, Peskin, Harris & Falick, | Matthew C. Lombardi | lombardi@tolmagepeskinlaw.com; |
| Tolmage, Peskin, Harris & Falick, | Stephan H. Peskin | peskin@tolmagepeskinlaw.com; |

COUNT: 85