

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
HOUSTON, TX

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE:** 310.277.6910
FACSIMILE: 310.201.0760

**SAN FRANCISCO**
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE:** 415.263.7000
FACSIMILE: 415.263.7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302.652.4100
FACSIMILE: 302.652.4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212.561.7700
FACSIMILE: 212.561.7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE:** 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

James I. Stang

September 19, 2022

310.772.2354
jstang@pszjlaw.com

**BY CM / ECF**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

  **Re:** *In re The Roman Catholic Diocese of Rockville Centre, New York*, **Case No. 20-12345;** *The Roman Catholic Diocese of Rockville Centre, New York v. Ark320 Doe, et al.*, **Adv. Pro. Case No. 20-01226**

Dear Chief Judge Glenn:

  We write in supplement to the joint letter filed by the Diocese and Committee today, Adv. Pro. Docket No. 147. The Committee makes this separate statement to highlight that the parties have very different perspectives regarding the status and trajectory of the case.

  To date, every plan proposed by any Catholic diocese or religious order has provided for releases of parishes and/or related affiliates and the Diocese's plan will be no different. Thus, the Committee is looking to the Diocese's enterprise to fund an enterprise-wide solution to the abuse claims.

  Nearly two years into the case and fifteen months after the Committee's application to obtain parish financial information, the parties at last reached an agreement for the Committee to receive information. *See Notice of Presentment of Proposed Order*, Adv. Pro. Docket No. 141. The estate incurred significant expense to obtain essential information both presiding bankruptcy judges acknowledged the Committee needs in order to negotiate a consensual enterprise-wide plan.

DOCS_LA:345301.1 68700/001



    The Diocese and the Parishes have significant uninsured exposure and also have valuable assets. If the Parishes persist in their belief that they do not have abuse liability exposure beyond limits of their insurance and Diocesan insurers insist the Committee is overvaluing the abuse claims, allowing abuse cases to move forward in state court may be the only option to move this case forward.

    With the most recent information in hand, the Committee remains hopeful that the Diocese and the Parishes will meaningfully engage with the Committee in the upcoming mediation sessions to make tangible progress in resolving this case.

                           Very truly yours,

                             James I. Stang

cc: All counsel (via electronic filing)