**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Case No. 20-12345 (SCC) |
| Debtor.[1] | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | Adv. No. 20-01226 (SCC) |
| Plaintiff, | |
| v. | **Related Docket Nos. 172 & 173** |
| ARK320 DOE, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN FRANCISCO    )

I, Matthew J. Renck, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA  94104.

On **March 17, 2023,** in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit A**:

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last for digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue, P.O. Box 9023, Rockville Centre, NY  11571-9023.

DOCS_SF:108614.1 18491/002

On **March 17, 2023,** in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via U.S. mail upon the parties set forth on the service list annexed hereto as **Exhibit B**:

- *Opposition of the Official Committee of Unsecured Creditors to Debtor's Motion for a Preliminary Injunction Under Sections 362 and 105(a) of the Bankruptcy Code* [Docket No. 172]; and

- *The Official Committee of Unsecured Creditors' Appendix of Evidence* [Docket No. 173]

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 17th day of March, 2023.

*/s/ Matthew J. Renck*
Matthew J. Renck

## EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JONES DAY | Corrine Ball<br>Eric Stephens<br>Todd Geremia | cball@jonesday.com<br>epstephens@jonesday.com<br>trgeremia@jonesday.com |
| STATE COURT COUNSEL | Stuart S. Mermelstein<br>Patrick Stoneking | smermelstein@hermanlaw.com<br>pstoneking@andersonadvocates.com |

## EXHIBIT B

**Service by U.S. Mail**

| NAME | ADDRESS |
|---|---|
| EPIQ | Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |