**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>            Debtor. | Chapter 11<br>Case No. 20-12345 (MG) |
| The Roman Catholic Diocese of Rockville Centre, New York<br><br>            Plaintiff,<br><br>v.<br><br>ARK 320 DOE, *et al*.<br><br>            Defendants. | Adv. Case No.: 20-01226 (MG) |

### NOTICE OF STATUS CONFERENCE IN CONNECTION WITH DISCOVERY

**PLEASE TAKE NOTICE** that a status conference in connection with discovery relating to the Stipulation and Order Staying Certain Lawsuits [Adv. Pro. Docket No. 59] will be held on **December 19, 2023 at 2:00 p.m.** (Prevailing Eastern Time) (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be a hybrid Zoom/live conference, with some participants appearing by Zoom for Government and others appearing in the U.S. Bankruptcy Court for the Southern District of New York, before the Honorable Martin Glenn, located at One Bowling Green, New York, NY, in Courtroom 523. Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances on or before December 18, 2023, at 4:00 p.m. (Eastern Time). After the deadline for parties to make electronic appearances has passed, parties who have made their electronic appearance through the Court's website will receive an invitation

4881-0897-7303.2 18491.002

from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the Hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to telephonically attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated:    December 18, 2023

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Karen B. Dine
James I. Stang, Esq.
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
bmichael@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*