**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | : | Case No. 20-12345 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 20-01226 (MG) |
| | : | |
| ARK320 DOE, *et al.*,[2] | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 105(a) STAYING**
**CONTINUED PROSECUTION OF CERTAIN STATE COURT ACTIONS**

On June 9, 2023, this Court entered an *Order Denying Debtor's Motion for a Preliminary Injunction*, No. 20-12345, Dkt. 203 ("Order Denying the Debtor's PI Motion") consistent with its Memorandum Opinion, Dkt. 202, issued on June 1, 2023. *See* 651 B.R. 622 (Bankr. S.D.N.Y. June 1, 2023). The Order Denying the Debtor's PI Motion terminated a consensual stay of litigation with respect to 228 State Court Actions identified on Exhibit A thereto.

The Roman Catholic Diocese of Rockville Centre, New York (the "DRVC" or the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") have conferred

---

[1]    The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O. Box 9023, Rockville Centre, NY 11571-9023.

[2]    A full list of the Defendants in this adversary proceeding is included in Exhibit A to the Verified Complaint for Declaratory and Injunctive Relief [Adv. Pro. Docket No. 1].

regarding the 228 State Court Actions identified in the Order Denying the Debtor's PI Motion, including a subset of cases that, according to the Debtor, implicate claims covered by the Debtor's captive insurance company—Ecclesia Assurance Company ("Additional Ecclesia State Court Actions"). The Committee agrees that a consensual stay of the Additional Ecclesia State Court Actions is appropriate. Accordingly, the Debtor and the Committee now agree that the Additional Ecclesia State Court Actions should be restored to the list of cases stayed pursuant to the *Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* entered January 22, 2021, Dkt. 59 (the "Original PI Stipulation and Order"), and its subsequent extensions.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1.      The Additional Ecclesia State Court Actions identified in <u>Exhibit A</u> are hereby restored to the list of cases subject to the Original PI Stipulation and Order and are stayed in accordance with that order and its subsequent extensions.

2.      This Order shall take effect immediately.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS SO ORDERED.**

Dated:  December 26, 2023
          New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                Chief United States Bankruptcy Judge

# EXHIBIT A

Additional Ecclesia State Court Actions

|     | CVA Index No. |
| --- | --- |
| 1.  | 900261/2021 |
| 2.  | 900235/2021 |
| 3.  | 900160/2021 |
| 4.  | 951159/2021 |
| 5.  | 900369/2021 |
| 6.  | 614400/2021 |
| 7.  | 900398/2021 |
| 8.  | 951160/2021 |
| 9.  | 900146/2021 |
| 10. | 900041/2021 |
| 11. | 610849/2021 |
| 12. | 900357/2021 |